| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| BECK LAW, P.C.<br>2681 CLEVELAND AVENUE<br>SANTA ROSA, CA  95403 | (707) 576-7175 | |
| | REFERENCE NUMBER<br>0T268581-01 | |
| ATTORNEY FOR (NAME)  THOMAS KNOWLES & THOMAS HICKS | | |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>UNITED STATES DISTRICT COURT, | | |

| SHORT NAME OF CASE |
|---|
| THOMAS KNOWLES ET AL vs. PACIFIC GAS & ELECTRIC ET AL |

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C072284 |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SEE ATTACHED LIST OF DOCUMENTS;

**Name of Defendant:**       PACIFIC GAS & ELECTRIC COMPANY
**Person Served:**           PETRICE "DOE"
**Title:**                   PERSON APPARENTLY IN CHARGE

**Date of Delivery:**   06/25/07
**Time of Delivery:**   12:45 pm

**Place of Service:**   77 BEALE STREET, 32ND FL
                        SAN FRANCISCO, CA 94105                  (Business)

**Date of Mailing:**    06/27/07
**Place of Mailing:**   SAN FRANCISCO

**Physical Description:**
AGE: 30        HAIR: BROWN      HEIGHT: 5'8"      RACE: M
SEX: FEMALE    EYES: BROWN      WEIGHT: 150 LBS

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**    ☐  Federal Rules of Civil Procedure

                           ☒  California Code of Civil Procedure

**Fee for service:**   $ 80.40

---

| | |
|---|---|
| ☒ Registered: SAN FRANCISCO County,<br>Number: 973<br>**Attorney's Diversified Services**<br>741 N. Fulton Street<br>Fresno, CA 93728<br>559-233-1475<br>30C/0T268581-01<br>*Client File # KNOWLES V PG&E*<br>PROOF OF SERVICE | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed<br>on: June 27, 2007<br>at: San Francisco, California.<br>Signature:<br>Name: TRAVIS FLEENOR<br>Title: REGISTERED PROCESS SERVER |

LIST OF DOCUMENTS
CASE #: C072284
CASE NAME: KNOWLES V PACIFIC GAS & ELECTRIC

- SUMMONS IN A CIVIL CASE
- CIVIL COVER SHEET
- COMPLAINT
- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
- CASE MANAGEMENT CONFERENCE ORDER
- CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
- NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL
- CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
- DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
- ECF REGISTRATION INFORMATION HANDOUT