LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
GLEN TURNER (State Bar No. 212417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
PACIFIC GAS & ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES and THOMAS HICKS,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC GAS & ELECTRIC COMPANY, DEANNA RADFORD, and DOES 1-20,<br><br>Defendants. | Case No. C 07-2284 JCS<br><br>**STIPULATION TO CONTINUE DATES FOR RESPONSIVE PLEADING, TO MEET AND CONFER AND COMPLETE INITIAL DISCLOSURES UNDER FRCP 26(f), AND FOR THE CASE MANAGEMENT CONFERENCE** |

Plaintiffs Thomas Knowles and Thomas Hicks ("plaintiffs") and defendant Pacific Gas & Electric Company, Inc. ("defendant" or "PG&E") (collectively referred to as the "parties") through their respective counsel hereby stipulate as follows:

WHEREAS, the Court's Order Setting Initial Case Management Conference and ADR Deadlines issued on April 26, 2007 (the "CMC Order") set forth the following schedule:

- July 13, 2007 – last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan. [FRCP 26(f) and ADR – L.R. 3-5];

- July 13, 2007 – last day for the parties to file Joint ADR Certification. [Civil L.R. 16-8];

- July 27, 2007 – last day to complete initial disclosures or state objection in Rule 26(f) Report, file case management statement and file/serve Rule 26(f) Report [FRCP 26(a)(1); Civil L.R. 16-9];

STIP. TO CONTINUE DATES FOR RESPONSIVE PLEADING, TO MEET AND CONFER AND COMPLETE INITIAL DISCL. UNDER FRCP 26(f) AND STIP. MOTION TO CONT CMC DATE
Case No. C07-2284 JCS

1

1 • August 3, 2007 – Case Management Conference. [Civil L.R. 16-10];

2 WHEREAS, defendant PG&E was served with the Summons and Complaint in this action on or about June 25, 2007;

4 WHEREAS, PG&E's responsive pleading is due on July 16, 2007;

5 WHEREAS, the parties agree to extend the time for PG&E to file a responsive pleading to July 30, 2007;

7 WHEREAS, the parties agree to continue the due dates for the parties to meet and confer and exchange initial disclosures, and respectfully request that the Court should continue the Case Management Conference, as follows:

- August 10, 2007 – last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan. [FRCP 26(f) and ADR – L.R. 3-5]

- August 10, 2007 – last day for the parties to file Joint ADR Certification. [Civil L.R. 16-8]

- August 24, 2007 – last day to complete initial disclosures pursuant to FRCP 26(f). [FRCP 26(a)(1); Civil L.R. 16-9]

- August 31, 2007 – initial Case Management Conference [Civil L.R. 16-10].

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

That defendant PG&E's responsive pleading is due July 30, 2007, that the last day for the parties to meet and confer pursuant to FRCP 26(f) and file a joint ADR Certification is August 10, 2007, that the last day to complete initial disclosures pursuant to FRCP 26(f) is August 24, 2007, and that the case management conference be continued to August 31, 2007.

Dated: July 12, 2007

LAFAYETTE & KUMAGAI LLP
/s Glen Turner
Glen Turner
Attorneys for Defendant
PACIFIC GAS & ELECTRIC COMPANY

Dated: July 12, 2007

BECK LAW, P.C.

Mahsa Gholami
Attorneys for Plaintiffs
THOMAS KNOWLES AND THOMAS HICKS

PGE\Know\Pldg\Stip to cont dates.doc

2

STIP. TO CONTINUE DATES FOR RESPONSIVE PLEADING, TO MEET AND CONFER AND COMPLETE INITIAL DISCL. UNDER FRCP 26(f) AND STIP. MOTION TO CONT. CMC DATE
Case No. C07-2284 JCS

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on July 13, 2007, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                                          /s/ *Glen Turner*
                                          GLEN TURNER

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605