**UNITED STATES DISTRICT COURT**

NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102
Phone: 415.522.2035



RICHARD W. WIEKING
CLERK OF COURT

July 17, 2007

Glen Turner
Lafayette & Kumagai
100 Spear Street, Ste 600
San Francisco, CA 94105

**Re:   THOMAS KNOWLES  v. PACIFIC GAS AND ELECTRIC COMPANY**
        C07-02284 (JCS)
        Dft: Pacific Gas & Electric Company

Dear Counsel:

   This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

   The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

   A review of our records discloses that the Consent to Proceed Before a United States Magistrate Judge or Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge has not been filed in this case. All parties are requested to complete **one** of the attached forms documenting either consent or request for reassignment and e-file it with the Court by **July 23, 2007.** These forms can be found on the Court's website at www.cand.uscourts.gov.

                                Sincerely,

                                RICHARD W. WIEKING

                                By: Karen L.Hom
                                    Deputy Clerk

Attachments

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES, ET AL.,<br><br>        Plaintiff(s),<br><br>   v.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, ET AL.,<br><br>        Defendant(s).<br>_____/ | No.  C 07-02284 JCS<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: _____        _____
                                                                                           Signature

                                                                                           Counsel for _____
                                                                                           (Name or party or indicate "pro se")

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES, ET AL.,<br><br>          Plaintiff(s),<br><br>     v.<br><br>PACIFIC GAS AND ELECTRIC<br>COMPANY, ET AL.,<br><br>          Defendant(s).<br>_____/ | No.  C 07-02284 JCS<br><br>**DECLINATION TO PROCEED BEFORE<br>A MAGISTRATE JUDGE<br>          AND<br>REQUEST FOR REASSIGNMENT TO A<br>UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____     _____
                                                                              Signature

                                                                              Counsel for _____
                                                                              (Name or party or indicate "pro se")