| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)<br>BECK LAW, P.C.<br>2681 CLEVELAND AVENUE<br>SANTA ROSA, CA  95403 | TELEPHONE NO.<br>(707) 576-7175 | FOR COURT USE ONLY<br><br>FILED<br><br>JUL 1 7 2006<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
|---|---|---|
| ATTORNEY FOR (NAME)   THOMAS KNOWLES & THOMAS HICKS | REFERENCE NUMBER<br>OT268581-01 | |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>UNITED STATES DISTRICT COURT, | | |
| SHORT NAME OF CASE<br>THOMAS KNOWLES ET AL vs. PACIFIC GAS & ELECTRIC ET AL | | |
| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C072284 JCS |

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SEE ATTACHED LIST OF DOCUMENTS;

**Name of Defendant:**  PACIFIC GAS & ELECTRIC COMPANY
**Person Served:**  PETRICE "DOE"
**Title:**  PERSON APPARENTLY IN CHARGE

**Date of Delivery:**  06/25/07
**Time of Delivery:**  12:45 pm

**Place of Service:**  77 BEALE STREET, 32ND FL
SAN FRANCISCO, CA 94105               (Business)

**Date of Mailing:**  06/27/07
**Place of Mailing:**  SAN FRANCISCO

**Physical Description:**

| AGE: | 30 | HAIR: | BROWN | HEIGHT: | 5'8" | RACE: | M |
|---|---|---|---|---|---|---|---|
| SEX: | FEMALE | EYES: | BROWN | WEIGHT: | 150 LBS | | |

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**   ☐ Federal Rules of Civil Procedure

☒ California Code of Civil Procedure

**Fee for service:**   $ 80.40

---



☒ Registered: ..SAN FRANCISCO... County,
Number: .....973.....
**Attorney's Diversified Services**
741 N. Fulton Street
Fresno, CA 93728
559-233-1475
30C/OT268581-01

Client File # KNOWLES V PG&E
PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: .........June 27, 2007.........,
at: .........San Francisco........, California.

Signature: _____
Name: TRAVIS FLEENOR
Title: REGISTERED PROCESS SERVER

LIST OF DOCUMENTS
CASE #: C072284
CASE NAME: KNOWLES V PACIFIC GAS & ELECTRIC

- SUMMONS IN A CIVIL CASE
- CIVIL COVER SHEET
- COMPLAINT
- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
- CASE MANAGEMENT CONFERENCE ORDER
- CONTENTS OF JOINT CASE MANAGEMENT STATEMENT
- NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL
- CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
- DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
- ECF REGISTRATION INFORMATION HANDOUT