UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES and THOMAS HICKS,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC GAS & ELECTRIC COMPANY, DEANNA RADFORD, and DOES 1-20,<br><br>Defendants. | Case No. C 07-2284 JCS<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE FOR DEFENDANTS' INITIAL RESPONSIVE SUBMISSION AND FOR THE PARTIES TO MEET AND CONFER AND COMPLETE INITIAL DISCLOSURES PURSUANT TO FRCP 26(f) AND FOR THE INITIAL CASE MANAGEMENT CONFERENCE** |

Pursuant to stipulation between the parties and good cause appearing therefore:

IT IS HEREBY ORDERED,

1. That defendant PG&E is to file its initial responsive pleading in this case by July 30, 2007.

2. That the last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection and a discovery plan is August 10, 2007. [FRCP 26(f) and ADR – L.R. 3-5];

3. That the last day for the parties to file a Joint ADR Certification is August 10, 2007. [Civil L.R. 16-8];

///

[PROPOSED] ORDER GRANTING CONT. FOR DEFS' INITIAL RESP. SUBMISSION AND FOR THE PARTIES TO MEET AND CONFER AND COMPLETE INITIAL DISCLOSURES PURSUANT TO FRCP 26(f) AND FOR THE INITIAL CASE MANAGEMENT CONFERENCE
Case No. C07-2284 JCS

1

4. That the last day for the parties to complete initial disclosures is August 24, 2007, pursuant to FRCP 26(f)  [FRCP 26(a)(1); Civil L.R. 16-9]; and

5. That the initial Case Management Conference (CMC) is set for Courtroom A, 15th Floor, San Francisco, at 1:30 p.m. on August 31, 2007. [Civil L.R. 16-10.]

Dated: __July 23, 2007_____

_____
MAGISTRATE JUDGE JOSEPH C. SPERO
United States District Court, Northern District

PGE\Know\Pldg\Prop order re cont date.doc

[PROPOSED] ORDER GRANTING CONT. FOR DEFS' INITIAL RESP. SUBMISSION AND
FOR THE PARTIES TO MEET AND CONFER AND COMPLETE INITIAL DISCLOSURES
PURSUANT TO FRCP 26(f) AND FOR THE INITIAL CASE MANAGEMENT CONFERENCE
Case No. C07-2284 JCS

2