LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
GLEN TURNER (State Bar No. 212417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605
skumagai@lkclaw.com
gturner@lkclaw.com

STEPHEN L. SCHIRLE (State Bar No. 96085)
MARK H. PENSKAR (State Bar No. 77725)
DARREN P. ROACH (State Bar No. 159998)
77 Beale Street, B30A
P.O. Box 7442
San Francisco, California 94105
Telephone: (415) 973-6345
Facsimile:  (415) 973-5520
dprc@pge.com

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES and THOMAS HICKS,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC GAS & ELECTRIC COMPANY, DEANNA RADFORD, and DOES 1-20,<br><br>Defendants. | Case No. C 07-2284 JCS<br><br>**DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY'S RE-NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT OF PLAINTIFFS THOMAS HICKS AND THOMAS KNOWLES**<br><br>Date:     September 7, 2007<br>Time:    9:30 a.m.<br>Dept:    A<br>Judge:   Hon. Joseph C. Spero<br><br>Complaint Filed: April 27, 2007 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on September 7, 2007, at 9:30 a.m., or as soon thereafter as

counsel may be heard in the above-titled court, located at 450 Golden Gate Avenue, Courtroom

A, San Francisco, California 94102, defendant Pacific Gas and Electric Company ("PG&E")

will, and hereby does, move this Court pursuant to Rule 12(b) of the Federal Rules of Civil

DEF. PG&E'S RE-NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT OF
PLAINTIFFS THOMAS HICKS AND THOMAS KNOWLES
Case No. C07-2284 JCS

Procedure and Rule 7 of the Northern District Local Rules of Court for an order dismissing this action for failure to state a claim upon which relief can be granted and for lack of jurisdiction.

The Motion to Dismiss is based on this Re-Notice of Motion and Motion and the Memorandum of Points and Authorities and the Request for Judicial Notice filed and served on July 30, 2007, the pleadings on file herein and such arguments and admissible evidence as may be presented at the time of hearing.

Dated: August 1, 2007                                LAFAYETTE & KUMAGAI LLP

                                                     /s/ *Susan T. Kumagai*
                                                     SUSAN T. KUMAGAI
                                                     Attorneys for Defendant
                                                     PACIFIC GAS & ELECTRIC COMPANY

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on August 1, 2007, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                                                     /s/ *Susan T., Kumagai*
                                                     SUSAN T. KUMAGAI

PGE\Know\Pldg\Mot to dismiss-re-notice.doc

DEF. PG&E'S RE-NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT OF PLAINTIFFS THOMAS HICKS AND THOMAS KNOWLES
Case No. C07-2284 JCS

2