LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
GLEN TURNER (State Bar No. 212417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES and THOMAS HICKS,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC GAS & ELECTRIC COMPANY, DEANNA RADFORD, and DOES 1-20,<br><br>Defendants. | Case No. C 07-2284 CW<br><br>**STIPULATION TO CONTINUE DATES TO MEET AND CONFER AND COMPLETE INITIAL DISCLOSURES UNDER FRCP 26(f)** |

Plaintiffs Thomas Knowles and Thomas Hicks ("plaintiffs") and defendant Pacific Gas and Electric Company ("defendant" or "PG&E") (collectively referred to as the "parties") through their respective counsel hereby stipulate as follows:

WHEREAS, the Court's July 23, 2007 Order set forth the following schedule:

- August 10, 2007 – last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan. [FRCP 26(f) and ADR – L.R. 3-5];

- August 10, 2007 – last day for the parties to file Joint ADR Certification. [Civil L.R. 16-8];

- August 24, 2007 – last day to complete initial disclosures or state objection in Rule 26(f) Report, file case management statement and file/serve Rule 26(f) Report. [FRCP 26(a)(1); Civil L.R. 16-9];

///

- August 31, 2007 – Case Management Conference. [Civil L.R. 16-10];

WHEREAS, this case was reassigned to the Honorable Claudia Wilken on August 7, 2007;

WHEREAS, the Court issued a Case Management Scheduling Order for Reassigned Civil Case on August 8, 2007, setting the Case Management Conference for September 13, 2007 and the date for filing the case management statement for September 6, 2007;

WHEREAS, the parties agree to continue the due dates for the parties to meet and confer and exchange initial disclosures, as follows:

- August 23, 2007 – last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan. [FRCP 26(f) and ADR – L.R. 3-5]

- August 23, 2007 – last day for the parties to file Joint ADR Certification. [Civil L.R. 16-8]

- September 6, 2007 – last day to complete initial disclosures or state objection in Rule 26(f) Report and file/serve Rule 26(f) Report. [FRCP 26(a)(1); Civil L.R. 16-9];

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

That the last day for the parties to meet and confer pursuant to FRCP 26(f) and file a joint ADR Certification is August 23, 2007, and that the last day to complete initial disclosures pursuant to FRCP 26(f) is September 6, 2007.

Dated: August 9, 2007

LAFAYETTE & KUMAGAI LLP

/s Glen Turner
Glen Turner
Attorneys for Defendant
PACIFIC GAS & ELECTRIC COMPANY

Dated: August 9, 2007

BECK LAW, P.C.

Mahsa Gholami
Attorneys for Plaintiffs
THOMAS KNOWLES AND THOMAS HICKS

PGE\Know\Pldg\Stip to cont dates#2.doc

STIPULATION TO CONTINUE DATES TO MEET AND CONFER AND COMPLETE INITIAL DISCLOSURES UNDER FRCP 26(f)
Case No. C07-2284 CW

2

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on August 9, 2007, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

/s/ *Glen Turner*
GLEN TURNER

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

3

STIPULATION TO CONTINUE DATES TO MEET AND CONFER AND COMPLETE INITIAL DISCLOSURES UNDER FRCP 26(f)
Case No. C07-2284 CW