UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES and THOMAS HICKS,<br><br>        Plaintiffs,<br><br>vs.<br><br>PACIFIC GAS & ELECTRIC COMPANY, DEANNA RADFORD, and DOES 1-20,<br><br>        Defendants. | Case No. C 07-2284 CW<br><br>**[PROPOSED] ORDER GRANTING CONTINUANCE FOR THE PARTIES TO MEET AND CONFER AND COMPLETE INITIAL DISCLOSURES PURSUANT TO FRCP 26(f)** |

    Pursuant to stipulation between the parties and good cause appearing therefore:

    IT IS HEREBY ORDERED,

    1.    That the last day for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection and a discovery plan is August 23, 2007. [FRCP 26(f) and ADR – L.R. 3-5];

    2.    That the last day for the parties to file a Joint ADR Certification is August 23, 2007. [Civil L.R. 16-8]; and

    3.    That the last day for the parties to complete initial disclosures is September 6, 2007, pursuant to FRCP 26(f) [FRCP 26(a)(1); Civil L.R. 16-9].

Dated: _____

CLAUDIA WILKEN
Judge, United States District Court

PGE\Know\Pldg\Prop order re cont date #2.doc

[PROPOSED] ORDER GRANTING CONTINUANCE FOR THE PARTIES TO MEET AND CONFER AND COMPLETE INITIAL DISCLOSURES PURSUANT TO FRCP 26(f)
Case No. C07-2284 CW

1