1 | Daniel B. Beck, Esq. (SBN: 63865)
Mahsa Gholami, Esq. (SBN: 235634)
2 | BECK LAW, P.C.
2681 Cleveland Avenue
3 | Santa Rosa, CA 95403
Telephone:    (707) 576-7175
4 | Facsimile:     (707) 576-1878

5 | Attorneys for Plaintiffs,
Thomas Knowles and Thomas Hicks
6

7

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | THOMAS KNOWLES and THOMAS HICKS,                    Case No.:   C-07-2284-JCS

12 | Plaintiffs,                                         **PLAINTIFFS THOMAS KNOWLES
AND THOMAS HICKS' REPLY TO**
13 | v.                                                  **DEFENDANT PACIFIC GAS AND
ELECTRIC'S COUNTERCLAIM FOR**
14 | PACIFIC GAS & ELECTRIC COMPANY,                     **BREACH OF CONTRACT AGAINST**
DEANNA RADFORD, and DOES 1-20.                       **COUNTERDEFENDANTS THOMAS**
15 |                                                    **KNOWLES AND THOMAS HICKS**
Defendants.
16

17 |                                                    Date: September 7, 2007
Time: 1:30 p.m.
18 |                                                    Dept.: A

19 |                                                    Complaint Filed: April 27, 2007

20 | PACIFIC GAS & ELECTRIC COMPANY,

21 | Counterclaimant,

22 | vs.

23 | THOMAS KNOWLES and THOMAS HICKS,

24 | Counterdefendants

25 |        Plaintiffs and Counterdefendants THOMAS KNOWLES and THOMAS HICKS,

26 | (hereinafter collectively called "Counterdefendants"), hereby reply to Counterclaimant PACIFIC

27 | GAS & ELECTRIC COMPANY'S (hereinafter called "Counterclaimant") Counterclaim for

28 | Breach of Contract as follows:

*Knowles & Hicks v. PG & E, et al.*                    1
United States District Court Case No.:  C-07-2284
Reply to PG & E's Counterclaim

1. Counterdefendants generally deny each and every allegation of Counterclaimant's Counterclaim for Breach of Contract and Breach of Covenant of Good Faith and Fair Dealing.

2. Counterdefendants raise the following affirmative defenses to the entire Counterclaim for Breach of Contract and Breach of Covenant of Good Faith and Fair Dealing, each and every allegation, and each cause of action contained therein.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

AS A FIRST, SEPARATE AND AFFIRMATIVE DEFENSE OF THE Counterclaim for Breach of Contract, Counterdefendants allege that the Counterclaim for Breach of Contract fails to state facts sufficient to constitute a cause of action against these responding Counterdefendants.

### SECOND AFFIRMATIVE DEFENSE

AS A SECOND, SEPARATE AND AFFIRMATIVE DEFENSE OF THE Counterclaim for Breach of Contract, and to each and every cause of action contained therein, Counterdefendants allege that Counterclaimants alleged damages or injuries, if any there were, occurred as a result of Counterclaimant's own failure to properly mitigate their own damage, and/or were aggravated by Counterclaimant's failure to use reasonable diligence to mitigate damages.

### THIRD AFFIRMATIVE DEFENSE

AS A THIRD, SEPARATE AND AFFIRMATIVE DEFENSE OF THE Counterclaim for Breach of Contract and to each and every cause of action contained therein, Counterdefendants allege that Counterclaimant was negligent in and about the matters referred to in the Counterclaim for Breach of Contract, and that said negligence proximately and

*Knowles & Hicks v. PG & E, et al.*
United States District Court Case No.: C-07-2284
Reply to PG & E's Counterclaim

2

1  concurrently contributed to the happening of events herein referred to and the damages alleged,

2  if any there were, and that said negligence bars or proportionately reduces the recovery by

3  Counterclaimant, if any, herein.

4

5  ### FOURTH AFFIRMATIVE DEFENSE

6  AS A FOURTH, SEPARATE AND AFFIRMATIVE DEFENSE OF THE

7  Counterclaim for Breach of Contract, Counterdefendants allege by reason of Counterclaimant's

8  own acts or omissions, Counterclaimant has waived its right, if any it had, to maintain this

9  action.

10  ### FIFTH AFFIRMATIVE DEFENSE

11  AS FIFTH, SEPARATE AND AFFIRMATIVE DEFENSE OF THE

12  Counterclaim for Breach of Contract, and to each and every cause of action contained therein,

13  Counterdefendants allege that Counterclaimant's action is barred under the Doctrine of Laches.

14

15  ### SIXTH AFFIRMATIVE DEFENSE

16  AS A SIXTH, SEPARATE AND AFFIRMATIVE DEFENSE OF THE

17  Counterclaim for Breach of Contract, and to each and every cause of action contained therein,

18  Counterdefendants allege that each and all of the Counterclaimant's claims and causes of action

19  are barred by the Doctrine of Unclean Hands.

20

21  ### SEVENTH AFFIRMATIVE DEFENSE

22  AS A SEVENTH, SEPARATE AND AFFIRMATIVE DEFENSE OF THE

23  Counterclaim for Breach of Contract, and to each and every cause of action contained therein,

24  Counterdefendants allege that each and all of Counterclaimant's claims and causes of action

25  must fail because of the Doctrines of Accord and Satisfaction.

26

27

28

*Knowles & Hicks v. PG & E, et al.*
United States District Court Case No.: C-07-2284
Reply to PG & E's Counterclaim

3

1

### EIGHTH AFFIRMATIVE DEFENSE

2    AS A EIGHTH, SEPARATE AND AFFIRMATIVE DEFENSE OF THE Counterclaim

3    for Breach of Contract, and to each and every cause of action contained therein,

4    Counterdefendants allege that each and all of Counterclaimant's claims and causes of action

5    must fail because Counterclaimant's actions constitute a full release and waiver.

6

7

### NINTH AFFIRMATIVE DEFENSE

8    AS A NINTH, SEPARATE AND AFFIRMATIVE DEFENSE OF THE Counterclaim

9    for Breach of Contract, and to each and every cause of action contained therein,

10   Counterdefendants allege that by reason of each and all of Counterclaimant's own acts and

11   omissions, Counterclaimant's is barred by the equitable doctrine of estoppel from seeking

12   recovery from Counterdefendants by reason for the allegations set forth in the Counterclaim for

13   Breach of Contract.

14

### TENTH AFFIRMATIVE DEFENSE

15   AS A TENTH SEPARATE AND AFFIRMATIVE DEFENSE OF THE Counterclaim for

16   Breach of Contract, and to each and every cause of action contained therein, Counterdefendants

17   allege that each and all of Counterclaimant's claims and causes of action must fail because each

18   claim is barred by the applicable Statute of Limitations.

19

20

### ELEVENTH AFFIRMATIVE DEFENSE

21   AS A ELEVENTH SEPARATE AND AFFIRMATIVE DEFENSE OF THE

22   Counterclaim for Breach of Contract, and to each and every cause of action contained therein,

23   Counterdefendants allege that each and all of Counterclaimant's claims and causes of action

24   must fail because each claim is barred Federal Rules of Civil Procedure Section 12b(1).

25

26

### TWELFTH AFFIRMATIVE DEFENSE

27   AS A TWELFTH SEPARATE AND AFFIRMATIVE DEFENSE OF THE Counterclaim

28   for Breach of Contract, and to each and every cause of action contained therein,

*Knowles & Hicks v. PG & E, et al.*                    4
United States District Court Case No.:  C-07-2284
Reply to PG & E's Counterclaim

Counterdefendants allege that each and all of Counterclaimant's claims and causes of action must fail because the issues are subject to the arbitration clause. (Federal Rules of Civil Procedure Section 12b(3))

WHEREFORE, Counterdefendants pray for judgment as follows:

      1.     That Counterclaimant takes nothing by virtue of the Counterclaim for Breach of Contract and Breach of the Covenant of Good Faith and Fair Dealing;

      2.     That this Counterclaim be dismissed, with prejudice;

      3.     For attorneys' fees and costs herein; and

      4.     For such other and further relief as the court deems just and proper.

Dated: August 23, 2007

                                   Respectfully Submitted,

                                   BECK LAW OFFICES

                        By: _____

                                   Mahsa Gholami, Esq.
                                   Attorney for Plaintiffs/Counterdefendants

*Knowles & Hicks v. PG & E, et al.*
United States District Court Case No.:  C-07-2284
Reply to PG & E's Counterclaim

5

**PROOF OF SERVICE**

CASE NAME:              *Thomas Knowles and Thomas Hicks vs. PG&E, et al.*

COURT and CASE NO.:     AAA No. 74 166 00039 07 TMS

DOCUMENT NAME:          Plaintiffs Thomas Knowles and Thomas Hicks' Reply to
                        Defendant Pacific Gas and Electric's Counterclaim for Breach of
                        Contract Against Counterdefendants Thomas Knowles and
                        Thomas Hicks

I declare as follows:

I am over the age of 18 years and not a party to the above-entitled action or proceeding; that my

business name and address is:  2681 Cleveland Avenue, Santa Rosa, CA 95401.

On **August 23, 2007,** I caused to be served said document on the following parties involved as

follows:

Darren P. Roach, Esq.                   Susan Kumagai, Esq.
Pacific Gas & Electric                  Lafayette & Kumagai LLP
P.O. Box 7442                           100 Spear Street, Suite 600
San Francisco, CA 94120                 San Francisco, CA 94105
(415) 973-5531                          (415) 357-4605

  XX  BY MAIL:  I caused each such envelope above, with postage thereon fully prepaid, to be

placed in the United States mail at Santa Rosa, CA. (CCP §1013(a)(1)).

  XX VIA FACSIMILE TRANSMISSION. (CCP §1013)

*Kimala Krchnavi*
Kimala Krchnavi, Paralegal