**United States District Court**
**Northern District of California**

# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Knowles, | 07-02284 CW |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Pacific Gas & Electric Company, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
07-02284 CW                                        -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.
3
4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.
6
7
8  Dated: August 29, 2007
9                                          RICHARD W. WIEKING
                                            Clerk
10                                         by:    Timothy J. Smagacz
11                                         _/s/ Timothy Smagacz_____
12                                         ADR Administrative Assistant
                                            415-522-4205
13                                         Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-02284 CW                                  -2-

PROOF OF SERVICE

Case Name:      Knowles v. Pacific Gas & Electric Company

Case Number:    07-02284 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On August 29, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Daniel B. Beck
> Beck Law, P.C.
> 2681 Cleveland Avenue
> Santa Rosa, CA 95403
> kdahl@becklaw.net
>
> Mahsa Gholami
> Beck Law, P.C.
> 2681 Cleveland Avenue
> Santa Rosa, CA 95403
>
> Glen Elliot Turner
> Lafayette & Kumagai
> 100 Spear Street, Suite 600
> San Francisco, CA 94105
> gturner@lkclaw.com
>
> Susan Tayeko Kumagai
> Lafayette & Kumagai LLP
> 100 Spear Street
> Suite 600

San Francisco, CA 94105
skumagai@lkclaw.com

Stephen Lewis Schirle
PG&E Law Department
77 Beale Street
B30A
P.O. Box 7442
San Francisco, CA 94105

Mark Horward Penskar
Pacific Gas And Electric Company
77 Beale Street
B30A
San Francisco, CA 94105

Darren Pernell Roach
PG & E Law Department
77 Beale Street
B30A
PO Box 7442
San Francisco, CA 94120
dprc@pge.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on August 29, 2007 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov