

Daniel B. Beck, Esq. (SBN: 63865)
Mahsa Gholami, Esq. (SBN: 235634)
BECK LAW, P.C.
2681 Cleveland Avenue
Santa Rosa, CA 95403
Telephone:    (707) 576-7175
Facsimile:    (707) 576-1878

Attorneys for Plaintiffs,
Thomas Knowles and Thomas Hicks

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

THOMAS KNOWLES and THOMAS HICKS,

　　　　Plaintiffs,

v.

PACIFIC GAS & ELECTRIC COMPANY,
DEANNA RADFORD, and DOES 1-20.

　　　　Defendants.

PACIFIC GAS & ELECTRIC COMPANY,

　　　　Counterclaimant,

vs.

THOMAS KNOWLES and THOMAS HICKS,

　　　　Counterdefendants

Case No.: C-07-2284-CW

**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE**

Complaint Filed: April 27, 2007

**Dept.: 2**

Due to a conflict in Plaintiffs' counsel's schedule, Plaintiffs and Counterdefendants THOMAS KNOWLES and THOMAS HICKS, through their attorney of record, Mahsa Gholami, Esq., and Defendant PACIFIC GAS & ELECTRIC COMPANY, through their attorney of record, Glen Turner, Esq., hereby stipulate that the Motion to Dismiss hearing, currently set for September 13, 2007, at 9:30 a.m., be continued.

1    Further, that the Case Management Conference, also set for September 13, 2007, at 9:30
2    a.m., be continued.
3    The new date for both the Motion to Dismiss hearing and the Case Management
4    Conference will be September 27, 2007 at 9:30 a.m. Further, that the Case Management
5    Conference Statement and ADR Certification will be due September 20, 2007.

6    Dated: August 31, 2007                    BECK LAW, P.C.
7
8
9                                      By:
                                           Mahsa Gholami, Esq.
10                                         Attorney for Knowles and Hicks
11
                                           LAFAYETTE & KUMAGAI
12
13   Dated: August 31, 2007
                                       By:
14                                         Glen Turner, Esq.
                                           Attorney for PG & E
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Knowles & Hicks v. PG & E, et al.*                    2
United States District Court Case No.: C-07-2284
Stipulation and Order

AUG/31/2007/FRI 03:42 PM   Beck Law P.C.   FAX No. 7075767175   P. 004

## O R D E R

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated:

_____
JUDGE OF THE DISTRICT COURT

**PROOF OF SERVICE**

CASE NAME: *Thomas Knowles and Thomas Hicks vs. PG&E, et al.*

COURT and CASE NO.: United States District Court – Northern District of California
C-07-2284-CW

DOCUMENT NAME: STIPULATION AND ORDER TO CONTINUE HEARING ON
MOTION TO DISMISS AND CASE MANAGEMENT
CONFERENCE

I declare as follows:

I am over the age of 18 years and not a party to the above-entitled action or proceeding; that my

business name and address is: 2681 Cleveland Avenue, Santa Rosa, CA 95401.

On **August 31, 2007**, I caused to be served said document on the following parties involved as

follows:

Glen Turner, Esq.                               Darren Roach, Esq.
Lafayette & Kumagai                             Attorney
100 Spear St Ste 600                            P. O. Box 7442 B30 A
San Francisco, CA 94105                         San Francisco, CA 94120
**Tel: (415) 357-4611**                         **Tel: (415) 973-6345**
**Fax: (415) 357-4605**                         **Fax: (415) 973-5520**


  XX  BY MAIL: I caused each such envelope above, with postage thereon fully prepaid, to be

placed in the United States mail at Santa Rosa, CA. (CCP §1013(a)(1)).

  XX VIA FACSIMILE TRANSMISSION. (CCP §1013).


I declare under penalty of perjury under the laws of the State of California that the foregoing is

true and correct and that this declaration was executed **August 31, 2007,** in Santa Rosa, CA.

*Sarah Evans*
Sarah Evans, Paralegal