Daniel B. Beck, Esq. (SBN: 63865)
Mahsa Gholami, Esq. (SBN: 235634)
BECK LAW, P.C.
2681 Cleveland Avenue
Santa Rosa, CA 95403
Telephone: (707) 576-7175
Facsimile: (707) 576-1878

Attorneys for Plaintiffs,
Thomas Knowles and Thomas Hicks

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES and THOMAS HICKS,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC COMPANY, DEANNA RADFORD, and DOES 1-20,<br><br>Defendants.<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Counterclaimant,<br><br>vs.<br><br>THOMAS KNOWLES and THOMAS HICKS,<br><br>Counterdefendants | Case No.: C-07-2284-CW<br><br>STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE<br>AS MODIFIED<br><br>Complaint Filed: April 27, 2007<br><br><br><br>Dept.: 2 |

Due to a conflict in Plaintiffs' counsel's schedule, Plaintiffs and Counterdefendants THOMAS KNOWLES and THOMAS HICKS, through their attorney of record, Mahsa Gholami, Esq., and Defendant PACIFIC GAS & ELECTRIC COMPANY, through their attorney of record, Glen Turner, Esq., hereby stipulate that the Motion to Dismiss hearing, currently set for September 13, 2007, at 9:30 a.m., be continued.

*Knowles & Hicks v. PG & E, et al.*
United States District Court Case No.: C-07-2284
Stipulation and Order

1

1     Further, that the Case Management Conference, also set for September 13, 2007, at 9:30
2 a.m., be continued.
3     The new date for both the Motion to Dismiss hearing and the Case Management
4 Conference will be September 27, 2007 at 9:30 a.m. Further, that the Case Management
5 Conference Statement and ADR Certification will be due September 20, 2007.

6 Dated: August 31, 2007         BECK LAW, P.C.

8 By: _____
9            Mahsa Gholami, Esq.
10            Attorney for Knowles and Hicks

12            LAFAYETTE & KUMAGAI

13 Dated: August 31, 2007         By: _____
14            Glen Turner, Esq.
15            Attorney for PG & E

# ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED, EXCEPT THE MOTION AND CMC WILL BE HELD AT 2:00 P.M. ON 9/27/07.

Dated:

_____
JUDGE OF THE DISTRICT COURT

Knowles & Hicks v. PG & E, et al.
United States District Court Case No.: C-07-2284
Stipulation and Order

3

**PROOF OF SERVICE**

CASE NAME: *Thomas Knowles and Thomas Hicks vs. PG&E, et al.*

COURT and CASE NO.: United States District Court – Northern District of California
C-07-2284-CW

DOCUMENT NAME: STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE

I declare as follows:

I am over the age of 18 years and not a party to the above-entitled action or proceeding; that my business name and address is: 2681 Cleveland Avenue, Santa Rosa, CA 95401.

On **August 31, 2007**, I caused to be served said document on the following parties involved as follows:

| | |
|---|---|
| Glen Turner, Esq.<br>Lafayette & Kumagai<br>100 Spear St Ste 600<br>San Francisco, CA 94105<br>**Tel: (415) 357-4611**<br>**Fax: (415) 357-4605** | Darren Roach, Esq.<br>Attorney<br>P. O. Box 7442 B30 A<br>San Francisco, CA 94120<br>**Tel: (415) 973-6345**<br>**Fax: (415) 973-5520** |

__XX__ BY MAIL: I caused each such envelope above, with postage thereon fully prepaid, to be placed in the United States mail at Santa Rosa, CA. (CCP §1013(a)(1)).

__XX__ VIA FACSIMILE TRANSMISSION. (CCP §1013).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed **August 31, 2007**, in Santa Rosa, CA.

*Sarah Evans*
Sarah Evans, Paralegal