| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| BECK LAW, P.C.<br>2681 CLEVELAND AVENUE<br>SANTA ROSA, CA  95403 | (707) 576-7175 | |
| ATTORNEY FOR (NAME)   THOMAS KNOWLES, ET AL | REFERENCE NUMBER<br>0T269017-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
THOMAS KNOWLES, ET AL vs. PACIFIC GAS & ELECTRIC ET AL

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C072284JCS |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS IN A CIVIL CASE; COMPLAINT; CIVIL COVER SHEET

**Name of Defendant:** DEANNA RADFORD
**Person Served:** PENNY DOWLING
**Title:** PERSON AUTH TO ACCEPT SERVICE

**Date of Delivery:** 08/06/07
**Time of Delivery:** 04:05 pm

**Place of Service:** 77 BEALE STREET, 32ND FLOOR
SAN FRANCISCO, CA 94105    (Business)

**Date of Mailing:** 08/08/07
**Place of Mailing:** SAN FRANCISCO

**Physical Description:**

| AGE: | 45 | HAIR: | BLOND | HEIGHT: | 5'4" | RACE: | C |
|---|---|---|---|---|---|---|---|
| SEX: | F | EYES: | BLUE | WEIGHT: | 195LBS | | |

**Manner of Service:**
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left.

**In Compliance With:**  ☐ Federal Rules of Civil Procedure
☒ California Code of Civil Procedure

**Fee for service:** $ 115.40

---

☒ Registered: SAN FRANCISCO County,
Number: 973
Attorney's Diversified Services
741 N. Fulton Street
Fresno, CA 93728
559-233-1475
30C/0T269017-01

Client File # KNOWLES V PG&E
PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: August 13, 2007
at: San Francisco, California.

Signature: *Travis Fleenor*
Name: TRAVIS FLEENOR
Title: REGISTERED PROCESS SERVER

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| BECK LAW, P.C.<br>2681 CLEVELAND AVENUE<br>SANTA ROSA, CA  95403 | (707) 576-7175 | |
| ATTORNEY FOR (NAME)   THOMAS KNOWLES, ET AL | REFERENCE NUMBER<br>0T269017-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT,

SHORT NAME OF CASE
THOMAS KNOWLES, ET AL vs. PACIFIC GAS & ELECTRIC ET AL

| DECLARATION OF DILIGENCE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C072284JCS |
|---|---|---|---|---|

I received the within process on August 6, 2007 and that after due and diligent effort I have been able to effect personal service on the within named party at the following address. However, extraordinary efforts were required to effect service as described below.

    Name:    DEANNA RADFORD

 Business:   77 BEALE STREET, 32ND FLOOR
             SAN FRANCISCO, CA 94105

**As enumerated below:**

| | | |
|---|---|---|
| 08/06/07 | 04:05 pm | ATTEMPTED SERVICE AT GIVEN BUSINESS ADDRESS, SUBJECT IS NOT AVAILABLE PER PENNY DOWLING. |
| 08/06/07 | 04:05 pm | SUBSTITUTED SERVICE |

**Fee for service:**    $ 115.40

---

| | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed |
|---|---|
| [X] Registered: SAN FRANCISCO County,<br>Number: 973<br>Attorney's Diversified Services<br>741 N. Fulton Street<br>Fresno, CA 93728<br>559-233-1475<br>330/0T269017-01 | on: August 14, 2007,<br>at: San Francisco, California.<br>Signature: Travis Fleenor<br>Name: TRAVIS FLEENOR<br>Title: REGISTERED PROCESS SERVER |

Client File # KNOWLES V PG&E
DECLARATION OF DILIGENCE