UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Thomas Knowles and Thomas Hicks

          Plaintiff(s),

v.

Pacific Gas & Electric Company, Deanna
Radford, and DOES 1-20
                Defendant(s).

Case No. C 07-2284 CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

• **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/20/07 ∎

                         [Party]      Plaintiff

Dated: 9/20/07 ∎

                         [Counsel]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Thomas Knowles and Thomas Hicks

           Plaintiff(s),

       v.

Pacific Gas & Electric Company, Deanna
Radford, and DOES 1-20

              Defendant(s).

Case No. C 07-2284 CW

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

- (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/20/07

_____
[Party]

Dated: 9/20/07

_____
[Counsel]