1  Daniel B. Beck, Esq. (SBN: 63865)
   Mahsa Gholami, Esq. (SBN: 235634)
2  BECK LAW, P.C.
   2681 Cleveland Avenue
3  Santa Rosa, CA 95403
   Telephone:   (707) 576-7175
4  Facsimile:   (707) 576-1878

5  Attorneys for Plaintiffs,
   Thomas Knowles and Thomas Hicks
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | THOMAS KNOWLES and THOMAS HICKS,      Case No.:  C-07-2284-CW

13 |         Plaintiffs,                   **STIPULATION AND ORDER TO
                                           CONTINUE HEARING ON MOTION
14 | v.                                    TO DISMISS AND CASE
                                           MANAGEMENT CONFERENCE**
15 | PACIFIC GAS & ELECTRIC COMPANY,
   | DEANNA RADFORD, and DOES 1-20.
16 |                                       Complaint Filed: April 27, 2007
   |         Defendants.
17
   | PACIFIC GAS & ELECTRIC COMPANY,
18 |
   |         Counterclaimant,
19 |
   | vs.                                   **Dept.: 2**
20 |
   | THOMAS KNOWLES and THOMAS HICKS,
21 |
   |         Counterdefendants
22

23

24         Plaintiffs' counsel was unexpectedly called to a trial on the date set for the hearing on the

25  Motion to Dismiss and Case Management Conference. Plaintiffs' counsel did not schedule the

26  trial date and did not anticipate the short cause trial to continue until the following date. The

27  case is *F. Korbel & Bros v. Richie Ann Samii*, Sonoma County Case Number 241435,

28  Department 1 of the Superior Court. Although Plaintiffs counsel notified the Sonoma County

    Court that they had a conflicting hearing before this court, the court insisted that they appear for

1  trial on September 26, 2007. This information was obtained at approximately 3:30 p.m. on
2  September 26, 2007. Plaintiffs counsel immediately notified both defense counsel and Judge
3  Wilken's clerk. Good cause exists to continue the hearing date from September 26, 2007.
4  Therefore, Plaintiffs and Counterdefendants THOMAS KNOWLES and THOMAS
5  HICKS, through their attorney of record, Mahsa Gholami, Esq., and Defendant PACIFIC GAS &
6  ELECTRIC COMPANY, through their attorney of record, Susan Kumagai, Esq., hereby
7  stipulate that the Motion to Dismiss hearing, currently set for September 27, 2007, at 1:30 p.m.,
   be continued.
8  Further, that the Case Management Conference, also set for September 27, 2007, at 1:30
9  p.m., be continued.
10 The new date for both the Motion to Dismiss hearing and the Case Management
11 Conference will be October 18, 2007 at 1:30 p.m.

12

13 Dated: September 27, 2007           BECK LAW, P.C.

14

15                                      By: _____
16                                          Mahsa Gholami, Esq.
                                            Attorney for Knowles and Hicks
17

18                                      LAFAYETTE & KUMAGAI

19 Dated: September 27, 2007
20                                      By: _____
21                                          Susan Kumagai, Esq.
                                            Attorney for PG & E

22

23

24

25

26

27

28

*Knowles & Hicks v. PG & E, et al.*                    2
United States District Court Case No.: C-07-2284
Stipulation and Order

## ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated:

_____
JUDGE OF THE DISTRICT COURT