1  Daniel B. Beck, Esq. (SBN: 63865)
   Mahsa Gholami, Esq. (SBN: 235634)
2  BECK LAW, P.C.
   2681 Cleveland Avenue
3  Santa Rosa, CA 95403
   Telephone:   (707) 576-7175
4  Facsimile:    (707) 576-1878

5  Attorneys for Plaintiffs,
   Thomas Knowles and Thomas Hicks
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12 THOMAS KNOWLES and THOMAS HICKS,          Case No.:  C-07-2284-CW

13              Plaintiffs,                   **STIPULATION AND ORDER TO
                                              CONTINUE HEARING ON MOTION
14 v.                                         TO DISMISS AND CASE
                                              MANAGEMENT CONFERENCE**
15 PACIFIC GAS & ELECTRIC COMPANY,
   DEANNA RADFORD, and DOES 1-20.
16              Defendants.                   Complaint Filed: April 27, 2007

17

18 PACIFIC GAS & ELECTRIC COMPANY,

19              Counterclaimant,

20 vs.                                        **Dept.: 2**

21 THOMAS KNOWLES and THOMAS HICKS,

22              Counterdefendants

23

24        Plaintiffs' counsel was unexpectedly called to a trial on the date set for the hearing on the

25 Motion to Dismiss and Case Management Conference.  Plaintiffs' counsel did not schedule the

26 trial date and did not anticipate the short cause trial to continue until the following date.  The

27 case is *F. Korbel & Bros v. Richie Ann Samii*, Sonoma County Case Number 241435,

28 Department 1 of the Superior Court.  Although Plaintiffs counsel notified the Sonoma County

   Court that they had a conflicting hearing before this court, the court insisted that they appear for

1    trial on September 27, 2007. This information was obtained at approximately 3:30 p.m. on

2    September 26, 2007. Plaintiffs counsel immediately notified both defense counsel and Judge

3    Wilken's clerk. Good cause exists to continue the hearing date from September 27, 2007.

4        Therefore, Plaintiffs and Counterdefendants THOMAS KNOWLES and THOMAS

5    HICKS, through their attorney of record, Mahsa Gholami, Esq., and Defendant PACIFIC GAS &

6    ELECTRIC COMPANY, through their attorney of record, Susan Kumagai, Esq., hereby

7    stipulate that the Motion to Dismiss hearing, currently set for September 27, 2007, at 2:00 p.m.,

8    be continued.

9        Further, that the Case Management Conference, also set for September 27, 2007, at 2:00

10   p.m., be continued.

11       The new date for both the Motion to Dismiss hearing and the Case Management

    Conference will be November 15, 2007 at 2:00 p.m.

Dated: September 27, 2007         BECK LAW, P.C.

By: _____
       Mahsa Gholami, Esq.
       Attorney for Knowles and Hicks


                   LAFAYETTE & KUMAGAI

Dated: September 27, 2007

By: _____
       Susan Kumagai, Esq.
       Attorney for PG & E

1

2

3

## **O R D E R**

4

5          GOOD CAUSE APPEARING, IT IS SO ORDERED.

6    Dated:

7

8                                                    _____
                                                     JUDGE OF THE DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28