1  Daniel B. Beck, Esq. (SBN: 63865)
   Mahsa Gholami, Esq. (SBN: 235634)
2  BECK LAW, P.C.
   2681 Cleveland Avenue
3  Santa Rosa, CA 95403
   Telephone:  (707) 576-7175
4  Facsimile:  (707) 576-1878

5  Attorneys for Plaintiffs,
   Thomas Knowles and Thomas Hicks
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | THOMAS KNOWLES and THOMAS HICKS,    | Case No.: C-07-2284-CW
12 |            Plaintiffs,              | NOTICE AND ACKNOWLEDGMENT
                                         | OF RECEIPT
13 | v.
14 | PACIFIC GAS & ELECTRIC COMPANY,
   | DEANNA RADFORD, and DOES 1-20,
15 |            Defendants.
16

17 TO GLEN TURNER, ESQ., attorney for Defendant DEANNA RADFORD.

18                             **NOTICE**

19 The summons and complaint enclosed herein are being served pursuant to F.R.C.P. Rule 4. Your
20 failure to complete this form and return may subject you (or the party on whose behalf you are
21 being served) to liability for payment of any expenses incurred in serving a summons on you in
22 any other manner permitted by law.

23

24 If you are being served on behalf of a corporation, an unincorporated association (including a
25 partnership), or other entity, this form must be signed by you in the name of such entity or by a
26 person authorized to receive service of process on behalf of such entity. In all other cases, this
27 form must be signed by you personally or by a person authorized by you to acknowledge receipt
28 of summons. If you return this form to the sender, service of summons is deemed complete on
   the day you sign the acknowledgement of receipt below.

*Knowles & Hicks v. PG & E, et al.*                1
United States District Court Case No.: C-07-2284
Notice and Acknowledgment of Receipt

1  Date of mailing: October 9, 2007

3  _Kimala Krchnavi_         _Kimala Krchnavi_
   (name of sender)                     (signature of sender)

## ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of:

1. ☑ A copy of the summons and of the complaint

(To be completed by recipient)

Date this form is signed: **October 10, 2007**

_Glen Turner_        _[signature]_
(type or print your name and name of entity,    (signature of person acknowledging receipt, with title if
if any, on whose behalf this form is signed)     acknowledgment is made on behalf of another person or entity)

---

*Knowles & Hicks v. PG & E, et al.*          2
United States District Court Case No.: C-07-2284
Notice and Acknowledgment of Receipt