LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
GLEN TURNER (State Bar No. 212417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
PACIFIC GAS AND ELECTRIC COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES and THOMAS HICKS,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC GAS & ELECTRIC COMPANY, DEANNA RADFORD, and DOES 1-20,<br><br>Defendants. | Case No. C 07-2284 CW<br><br>**STIPULATION TO CONTINUE DATE FOR DEFENDANT DEANNA RADFORD TO FILE RESPONSIVE PLEADING** |

Plaintiffs Thomas Knowles and Thomas Hicks ("plaintiffs") and defendants Pacific Gas and Electric Company ("PG&E") and Deanna Radford ("defendants") (collectively referred to as the "parties") through their respective counsel hereby stipulate as follows:

WHEREAS, the complaint in this case was filed on April 27, 2007, and Defendant PG&E was served on June 25, 2007.

WHEREAS, PG&E filed a timely Motion to Dismiss Complaint of Plaintiffs Thomas Knowles and Thomas Hicks on July 30, 2007, which motion is scheduled to be heard in this Court on November 15, 2007.

WHEREAS, subsequent to the filing of the above-named Motion, counsel for PG&E, Lafayette & Kumagai LLP, agreed to accept service for individual defendant Deanna Radford and did accept service for her on October 10, 2007.

31-Oct-2007 08:37am  From-LAFAYETTE & KUMAGAI        415 357 4605         T-509  P 002/002  F-889
30-Oct-2007 01:34pm  From-LAFAYETTE & KUMAGAI        415 357 4605         T-504  P.004/005  F-865

1  WHEREAS, Deanna Radford's responsive pleading is due on October 30, 2007.

2  WHEREAS, the parties agree that the due date for Deanna Radford's responsive pleading
3  should be continued until after the hearing on PG&E's Motion to Dismiss Complaint of Plaintiffs
4  Thomas Knowles and Thomas Hicks.

5  IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:

6  That the due date for the responsive pleading of Defendant Deanna Radford shall be
7  extended to November 30, 2007.

9  Dated: October 30, 2007                LAFAYETTE & KUMAGAI LLP

10                                         /s/ Glen Turner
                                           Glen Turner
11                                         Attorneys for Defendant
                                           PACIFIC GAS & ELECTRIC COMPANY
12
   Dated: October 30, 2007                BECK LAW P.C.
13
14                                         Mahsa Gholami
                                           Attorneys for Plaintiffs
15                                         THOMAS KNOWLES AND THOMAS HICKS

16  N:\Documents\PGE\Know\Pldg\Stip to cont dates #3.doc

STIPULATION TO CONTINUE DATES FOR RESPONSIVE PLEADING OF DEFENDANT
DEANNA RADFORD
Case No. C07-2284 CW

2

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on October 31 2007, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

_/s/ Glen Turner_
GLEN TURNER