UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES and THOMAS HICKS,<br><br>    Plaintiffs,<br><br>vs.<br><br>PACIFIC GAS & ELECTRIC COMPANY, DEANNA RADFORD, and DOES 1-20,<br><br>    Defendants. | Case No. C 07-2284 CW<br><br>**ORDER GRANTING CONTINUANCE FOR RESPONSIVE PLEADING DATE OF DEFENDANT DEANNA RADFORD** |

Pursuant to stipulation between the parties and good cause appearing therefore:

IT IS HEREBY ORDERED,

1.   That the last day for Defendant Deanna Radford to file a responsive pleading in this matter is extended to November 30, 2007.

Dated: ____11/1/07_____

_____
CLAUDIA WILKEN
Judge, United States District Court

PGE\Know\Pldg\Prop order re cont date #3.doc

[PROPOSED] ORDER GRANTING CONTINUANCE FOR RESPONSIVE PLEADING DATE
OF DEFENDANT DEANNA RADFORD
Case No. C07-2284 CW

1