**FILED**

NOV 15 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS KNOWLES, et al )   CASE NO.: C-07-2284 CW
             Plaintiff(s),   )
                                      )   CONSENT TO PROCEED
                                      )   BEFORE A UNITED STATES
v.                                     )   MAGISTRATE JUDGE
PG&E, et al )
             Defendant(s).   )

In accordance with the provisions of 28 U.S.C. Section 636(c), the below-named party(ies) to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: 11/15/07                     [signature]
                                              Attorney for Defendants

**DECLINATION**

The below-named party(ies) decline to consent at this time to reference of the above-captioned matter to a United States Magistrte Judge for trial

Dated: _____      _____
                                         Attorney for