**FILED**

NOV 15 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THOMAS KNOWLES, et al.,

    Plaintiff,

NO. C 07-2284 CW

**MINUTE ORDER**
Date: 11/15/07

v.

PG&E, et al.,

    Defendant.

**The Honorable Claudia Wilken, Presiding**
**Clerk: Ivy L. Garcia for Sheilah Cahill**
**Court Reporter:** Starr Wilson, pro tem

**Appearances for Plaintiff:**
Malisa Gholani; Daniel B. Beck

**Appearances for Defendant:**
Susan Kumagai

## Motions:

| | | |
|---|---|---|
| Defendant | Motion to Dismiss Complaint of Plaintiffs Thomas Hicks and Thomas Knowles | Granted with leave to Amend |

Further briefing due:
Order to be prepared by: Court

**Case Management Conference Held?:** Yes

Notes: The Court said that plaintiffs shall have 20 calendar days from the entry of the Court's Order (which is forthcoming) to file an Amended Complaint. The defendants shall have 20 calendar days after the filing of the plaintiffs' Amended Complaint to file an Answer. The defendants can file their motion to dismiss plaintiffs' Amended Complaint which should be noticed for a hearing on 1/31/08 at 2:00 p.m. Consent to proceed before a U.S. Magistrate Judge signed by both parties in open court. The Court shall wait and see **Further Case Management Conference set on 1/31/08 at 2:00 p.m.**

Copies to: Chambers