LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
GLEN TURNER (State Bar No. 212417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605
skumagai@lkclaw.com
gturner@lkclaw.com

STEPHEN L. SCHIRLE (State Bar No. 96085)
MARK H. PENSKAR (State Bar No. 77725)
DARREN P. ROACH (State Bar No. 159998)
77 Beale Street, B30A
P.O. Box 7442
San Francisco, California 94105
Telephone: (415) 973-6345
Facsimile:  (415) 973-5520
dprc@pge.com

Attorneys for Defendants
PACIFIC GAS AND ELECTRIC COMPANY and DEANNA RADFORD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES and THOMAS HICKS, <br><br> Plaintiffs, <br><br> vs. <br><br> PACIFIC GAS & ELECTRIC COMPANY, DEANNA RADFORD, LOCAL UNION NUMBER 1245 OF INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, and DOES 2-20, <br><br> Defendants. | Case No. C 07-2284 CW <br><br> **DEFENDANTS PACIFIC GAS AND ELECTRIC COMPANY AND DEANNA RADFORD'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT OF PLAINTIFFS THOMAS HICKS AND THOMAS KNOWLES** <br><br> Date:     January 31, 2008 <br> Time:    2:00 p.m. <br> Dept:    A <br> Judge:   Hon. Claudia Wilken <br><br> Amended Complaint Filed: December 5, 2007 |

In support of its Notice of Motion and Motion to Dismiss Amended Complaint of plaintiffs Thomas Knowles and Thomas Hicks, defendants Pacific Gas and Electric Company

DEFENDANTS PG&E's AND DEANNA RADFORD'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT OF PLAINTIFFS THOMAS HICKS AND THOMAS KNOWLES  (Case No. C07-2284 CW)

1

1  ("PG&E") and Deanna Radford respectfully request the Court take judicial notice of the
2  following document:
3      Title 102 of the Agreement Applying To Operation, Maintenance and Construction
4  Employees Between Pacific Gas and Electric Company and Local Union No. 1245, International
5  Brotherhood of Electrical Workers. (Attached as Exhibit "A.")
6      When a partial document is attached to a complaint, a court may take judicial notice of
7  the entire document. Kramer v. Time Warner, Inc., 937 F.2d 767, 774 (2nd Cir.1991). Here,
8  Plaintiffs attached a portion of Title 102 of the CBA to their Amended Complaint. PG&E
9  requests the Court to take judicial notice of the entirety of Title 102 of the CBA, which defines
10 and describes the collectively-bargained grievance process applicable to this case. In addition,
11 courts have taken notice of collective bargaining agreements in evaluating motions to dismiss.
12 See, e.g., Eaton v. Siemens, 2007 WL 1500724, #1, fn. 5 (E.D. Cal. 2007) (taking judicial notice
13 of collective bargaining agreement in evaluating motion to dismiss); Busey v. P.W.
14 Supermarkets, Inc., 368 F.Supp.2d 1045, 1049-1050 (N.D. Cal. 2005).

16 Dated: December 26, 2007      LAFAYETTE & KUMAGAI LLP

17     /s/ Susan T. Kumagai
    SUSAN T. KUMAGAI
18     Attorneys for Defendants
    PACIFIC GAS & ELECTRIC COMPANY and
19     DEANNA RADFORD

### CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on December 26, 2007, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

    /s/ Susan T. Kumagai
    SUSAN T. KUMAGAI

N:\Documents\PGE\Know\Pldg\RJN - motion to dismiss amended complaint.doc     2

DEFENDANTS PG&E's AND DEANNA RADFORD'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT OF PLAINTIFFS THOMAS HICKS AND THOMAS KNOWLES (Case No. C07-2284 CW)

Lafayette & Kumagai LLP
Attorneys at Law
100 Spear Street, Suite 600
San Francisco, California 94105
(415) 357-4600
Fax (415) 357-4605