Daniel B. Beck, Esq. (SBN: 63865)
Mahsa Gholami, Esq. (SBN: 235634)
BECK LAW, P.C.
2681 Cleveland Avenue
Santa Rosa, CA 95403
Telephone:   (707) 576-7175
Facsimile:   (707) 576-1878

Attorneys for Plaintiffs,
Thomas Knowles and Thomas Hicks

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES and THOMAS HICKS,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC COMPANY, DEANNA RADFORD, and DOES 1-20.<br><br>Defendants. | Case No.:   C-07-2284-CW<br><br>**[PROPOSED] ORDER RE: DEFENDANTS PG & E AND DEANNA RADFORD'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date: January 31, 2008<br>Time: 2:00 p.m.<br>Dept.: A<br>Judge: Honorable Claudia Wilken<br><br>Amended Complaint Filed: December 5, 2007 |

DEFENDANTS PACIFIC GAS & ELECTRIC COMPANY AND DEANNA RADFORD'S Notice of Motion and Motion to Dismiss Plaintiffs' First Amended Complaint came on regularly before this Court. After reviewing the moving papers and hearing oral arguments, the Court DENIES Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint.

Dated: _____

_____
Honorable Claudia Wilken
Judge of the Northern District Court

*Knowles & Hicks v. PG & E, et al.*                                        1
United States District Court Case No.: C-07-2284
[Proposed] Order re: Defendants' Motion to Dismiss
Plaintiffs' First Amended Complaint

# PROOF OF SERVICE

CASE NAME: *Thomas Knowles and Thomas Hicks vs. PG&E, et al.*

COURT and CASE NO.: C-07-02284-CW

DOCUMENT NAME: [Proposed Order Re: Defendants PG&E and Deanna Radford's Motion to Dismiss Amended Complaint]

I declare as follows:

I am over the age of 18 years and not a party to the above-entitled action or proceeding; that my business name and address is: 2681 Cleveland Avenue, Santa Rosa, CA 95403.

On **January 10, 2008**, I caused to be served said document on the following parties involved as follows:

| | |
|---|---|
| Darren P. Roach, Esq.<br>Pacific Gas & Electric<br>P.O. Box 7442<br>San Francisco, CA 94120<br>(415) 973-5531, fax | Susan Kumagai, Esq.<br>Lafayette & Kumagai LLP<br>100 Spear Street, Suite 600<br>San Francisco, CA 94105<br>(415) 357-4605, fax |

__XX__ BY MAIL: I caused each such envelope above, with postage thereon fully prepaid, to be placed in the United States mail at Santa Rosa, CA. (CCP §1013(a)(1)).

__XX__ VIA FACSIMILE TRANSMISSION. (CCP §1013)

*Kimala Krchnavi*
Kimala Krchnavi, Paralegal