Daniel B. Beck, Esq. (SBN: 63865)
Mahsa Gholami, Esq. (SBN: 235634)
BECK LAW, P.C.
2681 Cleveland Avenue
Santa Rosa, CA 95403
Telephone:   (707) 576-7175
Facsimile:    (707) 576-1878

Attorneys for Plaintiffs,
Thomas Knowles and Thomas Hicks

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES and THOMAS HICKS,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC COMPANY, DEANNA RADFORD, and DOES 1-20.<br><br>Defendants. | Case No.:  C-07-2284-CW<br><br>**DECLARATION OF PLAINTIFF THOMAS HICKS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS PG & E AND DEANNA RADFORD'S MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Date: January 31, 2008<br>Time: 2:00 p.m.<br>Dept.: A<br>Judge: Honorable Claudia Wilken<br><br>Amended Complaint Filed: December 5, 2007 |

I, THOMAS HICKS, declare as follows:

1.   I am competent to testify as to the matters set forth herein. If called as a witness, I could and would testify as to the matters set forth below. I have knowledge of all the matters set forth below based on first-hand personal knowledge except for the matters alleged on information and belief, and so to those matters, I believe them to be true. I make this declaration in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss.

2.   I was promised a 60 month right to re-employment. My co-worker, Plaintiff THOMAS KNOWLES, was given this same oral agreement. Shortly before the 60 month time

*Knowles & Hicks v. PG & E, et al.*     1
United States District Court Case No.:  C-07-2284
Plaintiff Thomas Hicks' Declaration in Support of
Opposition to Defendants' Motion to Dismiss
Plaintiffs' First Amended Complaint

period had elapsed, I elected my right to preferential employment with PG & E. PG & E rejected my request.

3. Thomas Knowles and I contacted our union with regards to this dispute. We spoke with Roy Runnings and Rich Cowart, our area representatives. We were told by Mr. Runnings and Mr. Cowart that they could not do anything about this situation and that we should directly contact PG & E to obtain relief. We then contacted Robert Choate, Mr. Runnings and Mr. Cowart's supervisor. Again, we were advised by Mr. Choate to deal with PG & E on our own because according to them, this was not a union problem.

4. We were under the reasonable understanding that this was not a union issue, or a failure to represent by the union. Instead, we believed that this was a breach of oral agreement between ourselves and PG & E, one in which we needed to pursue legally to obtain relief. It was our understanding that this oral agreement did not have anything to do with the collective bargaining agreement, since the union advised us that this was not their issue and the oral agreement was separate from the CBA and dependent on our act of executing Severance Agreements.

5. Both myself and Thomas Knowles had 60 month rights to re-employment with PG & E. We relied on this right and have suffered detrimental consequences as a result of PG & E's failure to honor their end of the agreement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on January 15, 2008 at Santa Rosa, California.

_____
Thomas Hicks

*Knowles & Hicks v. PG & E, et al.*
United States District Court Case No.: C-07-2284
Plaintiff Thomas Hicks' Declaration in Support of
Opposition to Defendants' Motion to Dismiss
Plaintiffs' First Amended Complaint

2

# PROOF OF SERVICE

CASE NAME: *Thomas Knowles and Thomas Hicks vs. PG&E, et al.*

COURT and CASE NO.: C-07-02284-CW

DOCUMENT NAME: Declaration of Plaintiff Thomas Hicks in Support of Plaintiffs' Opposition to Defendants PG&E and Deanna Radford's Motion to to Dismiss Amended Complaint

I declare as follows:

I am over the age of 18 years and not a party to the above-entitled action or proceeding; that my business name and address is: 2681 Cleveland Avenue, Santa Rosa, CA 95403.

On **January 15, 2008**, I caused to be served said document on the following parties involved as follows:

Darren P. Roach, Esq.  
Pacific Gas & Electric  
P.O. Box 7442  
San Francisco, CA 94120  
(415) 973-5531, fax

Susan Kumagai, Esq.  
Lafayette & Kumagai LLP  
100 Spear Street, Suite 600  
San Francisco, CA 94105  
(415) 357-4605, fax

__XX__ BY MAIL: I caused each such envelope above, with postage thereon fully prepaid, to be placed in the United States mail at Santa Rosa, CA. (CCP §1013(a)(1)).

__XX__ VIA FACSIMILE TRANSMISSION. (CCP §1013)

*Kimala Krchnavi*  
Kimala Krchnavi, Paralegal