LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
GLEN E. TURNER (State Bar No. 212417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605
skumagai@lkclaw.com
gturner@lkclaw.com

STEPHEN L. SCHIRLE (State Bar No. 96085)
MARK H. PENSKAR (State Bar No. 77725)
DARREN P. ROACH (State Bar No. 159998)
77 Beale Street, B30A
P.O. Box 7442
San Francisco, California 94105
Telephone: (415) 973-6345
Facsimile: (415) 973-5520
dprc@pge.com

Attorneys for Defendants
PACIFIC GAS AND ELECTRIC COMPANY and DEANNA
RADFORD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES and THOMAS HICKS,<br><br>                Plaintiffs,<br><br>vs.<br><br>PACIFIC GAS & ELECTRIC COMPANY, DEANNA RADFORD, LOCAL UNION NUMBER 1245 OF INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, and DOES 2-20,<br><br>                Defendants. | Case No. C 07-2284 CW<br><br>**DEFENDANTS' OBJECTION TO DECLARATION OF THOMAS HICKS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**<br><br>Date:         January 31, 2008<br>Time:        2:00 p.m.<br>Courtroom: 2<br>Judge:       Hon. Claudia Wilken<br><br>Original Complaint Filed: April 27, 2007 |

Defendants, Pacific Gas & Electric Company ("PG&E") and Donna Radford, and object to the Plaintiffs' submission to this Court, on January 15, 2008, of the Declaration of Thomas Hicks In Support of Plaintiffs' Opposition to Motion to Dismiss (the "Declaration").

---

1

DEFENDANTS' OBJECTION TO DECLARATION OF THOMAS HICKS IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS (Case No. C 07-2284 CW)

# STATEMENT OF FACTS

**I.   The Declaration is Untimely.**

Rule 7-3 of the Civil Local Rules provides as follows:

(a) Opposition. Any opposition to a motion must be served and filed not less than 21 days before the hearing date. The opposition may include a proposed order, affidavits or declarations, as well as a brief or memorandum under Civil L.R. 7-4. Pursuant to Civil L.R. 7-4(b), such briefs or memoranda may not exceed 25 pages of text.

Plaintiffs filed the Declaration on January 15, 2008, 16 days before the hearing date and five days after the opposition was due. The late filing of the Declaration violates the Local Rule and should not be considered by the Court.

**II.   The Declaration is Inadmissible Because it Constitutes Hearsay.**

"'Hearsay' is a statement, other than one made by the declarant while testifying at the trial or hearing, offered in evidence to prove the truth of the matter asserted." Fed. R. Evid. Rule 801(c). See Bergene v. Salt River Project Agr. Imp. and Power Dist., 272 F.3d 1136, 1142 (9th Cir. 2001).

The Plaintiffs' statements relating to Mr. Runnings and Mr. Cowart in paragraph 3 of the Declaration are out of court statements not made by the declarant. Plaintiffs offer these statements to prove the truth of the matters asserted, i.e., that the Union rejected plaintiffs' grievance. These statements constitute inadmissible hearsay.

**III.   The Declaration is Inadmissible Because it is Not Proper Evidence for Consideration in a Motion to Dismiss.**

"Generally, a district court may not consider any material beyond the pleadings in ruling on a Rule 12(b)(6) motion." Branch v. Tunnell, 14 F.3d 449, 453 (9th Cir. 1994), overruled on other grounds by Galbraith v. County of Santa Clara, 307 F.3d 1119, 1121 (9th Cir. 2002); Schmitz v. Mars, Inc., 261 F.Supp.2d 1226, 1229 (D.Or. 2003) ("When deciding a motion to dismiss for failure to state a claim, the court generally considers only the complaint.").

The declaration is material beyond the pleadings. The Court should reject the Declaration and consider only the complaint.

2

DEFENDANTS' OBJECTION TO DECLARATION OF THOMAS HICKS IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS (Case No. C 07-2284 CW)

## CONCLUSION

For these and other good reasons, the Court should not consider the Declaration in deciding defendants' Motion to Dismiss.

DATED: January 17, 2008                LAFAYETTE & KUMAGAI LLP

/s/ Susan T. Kumagai
SUSAN T. KUMAGAI
Attorneys for Defendants
PACIFIC GAS & ELECTRIC COMPANY and
DEANNA RADFORD

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on January 17, 2008, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

/s/ Susan T. Kumagai
SUSAN T. KUMAGAI

N:\Documents\PGE\Know\Pldg\Motion to Dismiss Amended Complaint.doc

3

DEFENDANTS' OBJECTION TO DECLARATION OF THOMAS HICKS IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS (Case No. C 07-2284 CW)