1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES and THOMAS HICKS,<br><br>            Plaintiffs,<br><br>vs.<br><br>PACIFIC GAS & ELECTRIC COMPANY, DEANNA RADFORD, and DOES 1-20,<br><br>            Defendants. | Case No. C 07-2284 CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY'S AND DEANNA RADFORD'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

Defendants Pacific Gas and Electric Company and Deanna Radford's Motion to Dismiss the First Amended Complaint of Thomas Knowles and Thomas Hicks came on regularly for hearing on January 31, 2008 at 2:00 p.m.  Mahsa Gholami appeared on behalf of Plaintiffs Thomas Knowles and Thomas Hicks and Susan T. Kumagai appeared on behalf of Defendants Pacific Gas & Electric Company and Deanna Radford.

Having considered the moving and opposition papers, the arguments of counsel, and all pleadings and papers on file and good cause appearing, IT IS HEREBY ORDERED:

Defendants' Motion to Dismiss is Granted.

Dated: _____        _____

                                      CLAUDIA WILKEN
                                      Judge, United States District Court

N:\Documents\PGE\Know\Pldg\Prop order re mtn dismiss doc                                                    1

[PROPOSED] ORDER GRANTING DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY'S AND DEANNA RADFORD'S MOTION TO DISMISS FIRST AMENDED COMPLAINT
Case No  C07-2284 CW