IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS KNOWLES et al.,

    Plaintiffs,

  v.

PACIFIC GAS & ELECTRIC COMPANY, et al.

    Defendants.
_____/

No. C 07-02284 CW

CLERK'S NOTICE CONTINUING MOTION HEARING

    Notice is hereby given that Defendants PG&E and Deanna Radford's Motion to Dismiss First Amended Complaint of Plaintiffs Thomas Knowles and Thomas Hicks and the Further Case Management Conference, previously set for hearing on January 31, 2008, are continued to **March 6, 2008, at 2:00 p.m.**, to be heard along with Defendant IBEW Local 1245's Motion to Dismiss for Failure to State a Claim, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

    The previous briefing schedule remains in effect.

Dated: 1/23/08

*Sheilah Cahill*

SHEILAH CAHILL
Deputy Clerk