1  Daniel B. Beck, Esq. (SBN: 63865)
   Mahsa Gholami, Esq. (SBN: 235634)
2  BECK LAW, P.C.
   2681 Cleveland Avenue
3  Santa Rosa, CA 95403
   Telephone:   (707) 576-7175
4  Facsimile:    (707) 576-1878

5  Attorneys for Plaintiffs,
   Thomas Knowles and Thomas Hicks
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | THOMAS KNOWLES and THOMAS HICKS,        Case No.:  C-07-2284-CW

12 |           Plaintiffs,                   [PROPOSED] ORDER DENYING
                                             DEFENDANT IBEW LOCAL 1245'S
13 | v.                                      MOTION TO DISMISS FOR
                                             FAILURE TO STATE A CLAIM
14 | PACIFIC GAS & ELECTRIC COMPANY,
   | DEANNA RADFORD, and DOES 1-20.          Date: March 6, 2008
15 |                                         Time: 2:00 p.m.
   |           Defendants.                   Dept.: A
16 |                                         Judge: Honorable Claudia Wilken

17                                           *Amended Complaint Filed: December 5,
                                             2007*
18

19        DEFENDANT IBEW LOCAL 1245's Notice of Motion and Motion to Dismiss
20
   Plaintiffs' First Amended Complaint came on regularly before this Court.  After reviewing the
21
   moving papers and hearing oral arguments, the Court DENIES Defendant IBEW's Motion to
22
   Dismiss Plaintiffs' First Amended Complaint.
23

24

25 Dated: _____

26                                                  _____
                                                    Honorable Claudia Wilken
27                                                  Judge of the Northern District Court

28

---

Knowles & Hicks v. PG & E, et al.                  1
United States District Court Case No.: C-07-2284
[Proposed] Order re: Defendant IBEW's Motion to Dismiss
Plaintiffs' First Amended Complaint

# PROOF OF SERVICE

| CASE NAME | Thomas Knowles and Thomas Hicks v. Pacific Gas and Electric Company, Deanna Radford, and Does 1 - 20 |
|---|---|
| CASE NO. | C-07-2284-JCS |
| DOCUMENT NAME | Proof of Service to Plaintiffs Thomas Knowles and Thomas Hicks' Proposed Order Denying Defendant IBEW Local 1245's Motion to Dismiss for Failure to State a Claim |

I declare as follows: I am over the age of 18 years and not a party to the above-entitled action or proceeding; that my business name and address is: BECK LAW, P.C., 2681 Cleveland Ave., Santa Rosa, CA 95403.

On February 14, 2008, I caused to be served said document on the following parties involved as follows:

| Darren P. Roach, Esq.<br>Pacific Gas and Electric Company<br>Post Office Box 7442 B30A<br>San Francisco, CA 94120<br>(415) 973-5531, fax | |
|---|---|
| Lafayette & Kumagai, LLP<br>Susan T. Kumagai<br>100 Spear Street, Suite 600<br>San Francisco, CA 94105<br>(415) 357-4605 Fax | Leonard Carder, LLP<br>Jennifer L. Marston, Esq.<br>1330 Broadway, Suite 1450<br>Oakland, CA 94612<br>(510) 272-0174 Fax |

☒   VIA FACSIMILE TRANSMISSION (CCP §1013)

☒   BY MAIL: I caused each such envelope above, with postage thereon fully prepaid, to be placed in the United States mail at Santa Rosa, California. (CCP §1013(a)(1)).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on February 14, 2008, in Santa Rosa, CA.

*/s/ Tina Vasques*

Tina Vasques, Legal Assistant

1