1  SANFORD N. NATHAN, CSB # 47016
   JENNIFER L. MARSTON, CSB # 250018
2  LEONARD CARDER, LLP
   1330 Broadway, Suite 1450
3  Oakland, CA 94612
   Tel: 510/272-0169
4  Fax: 510/272-0174

5  Attorneys for Defendant IBEW Local 1245

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| THOMAS KNOWLES and THOMAS HICKS,<br><br>   Plaintiff,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC COMPANY, DEANNA RADFORD, LOCAL UNION NUMBER 1245 OF INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS<br><br>   Defendants. | Case No. C-07-2284-CW<br><br>**PROOF OF SERVICE**<br><br>Date: March 6, 2008<br>Time: 2:00 p.m.<br>Judge: Hon. Claudia Wilken |
|---|---|

**PROOF OF SERVICE**

I am employed in Alameda County, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1330 Broadway, Suite 1450, Oakland, California 94612. February 21, 2008, I served the following documents:

1. **DEFENDANT IBEW LOCAL 1245's REPLY IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

2. **[PROPOSED] ORDER GRANTING IBEW LOCAL 1245'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which sent notification of such filings to the following:

| | |
|---|---|
| Daniel B. Beck, Esq. | danbeck@becklaw.net |
| Mahsa Gholami, Esq. | mgholami@becklaw.net |
| Darren P. Roach | dprc@pge.com |
| Susan T. Kumagai | skumagai@lfclaw.com |
| Glen E. Turner | gturner@lkclaw.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California on February 21, 2008.

/s/ Kris Paschall
Kris Paschall