LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
GLEN E. TURNER (State Bar No. 212417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605
skumagai@lkclaw.com
gturner@lkclaw.com

STEPHEN L. SCHIRLE (State Bar No. 96085)
MARK H. PENSKAR (State Bar No. 77725)
DARREN P. ROACH (State Bar No. 159998)
77 Beale Street, B30A
P.O. Box 7442
San Francisco, California 94105
Telephone: (415) 973-6345
Facsimile: (415) 973-5520
dprc@pge.com

Attorneys for Defendants
PACIFIC GAS AND ELECTRIC COMPANY and DEANNA RADFORD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES and THOMAS HICKS,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, DEANNA RADFORD, and DOES 1-20,<br><br>　　　　　Defendant. | Case No. C 07-2284-CW<br><br>**DECLARATION OF SUSAN T. KUMAGAI IN SUPPORT OF DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY'S ADMINISTRATIVE MOTION TO RELATE CASES**<br><br>[L.R. 3-12(b)]<br><br>Complaint Filed: April 27, 2007 |

I, SUSAN T. KUMAGAI, hereby declare as follows:

　　　　1.　　I am a partner in the law firm of Lafayette & Kumagai LLP, attorneys of record for Defendant Pacific Gas and Electric Company ("Defendant") in this action and admitted to

---

DECLARATION OF SUSAN T KUMAGAI IN SUPPORT OF DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY'S ADMINISTRATIVE MOTION TO RELATE CASES
Case No. C 07-2284-CW

practice in good standing in this State. I make this declaration of my own personal knowledge and could testify competently thereto if called as a witness.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Amended Complaint filed in this action.

3. Attached hereto as Exhibit B is a true and correct copy of the petition filed in the action entitled <u>In the Matter of the Arbitration between Pacific Gas & Electric Company v. Thomas Knowles and Thomas Hicks</u>, Action No. CV-08-1211-TEH, United States District Court for the Northern District of California, San Francisco Division.

I declare under penalty of the laws of the State of California and the laws of the United States that the foregoing is true and correct.

Executed on February 29, 2008, in San Francisco, California.

/s/Susan T. Kumagai
SUSAN T. KUMAGAI

### CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on February 29, 2008, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

/s/ Susan T., Kumagai
SUSAN T. KUMAGAI

---

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

DECLARATION OF SUSAN T. KUMAGAI IN SUPPORT OF DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY'S ADMINISTRATIVE MOTION TO RELATE CASES
Case No. C 07-2284-CW