1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 088666)
2  SUSAN T. KUMAGAI (State Bar No. 127667)
   GLEN E. TURNER (State Bar No. 212417)
3  100 Spear Street, Suite 600
   San Francisco, California 94105
4  Telephone:  (415) 357-4600
   Facsimile:  (415) 357-4605
5  skumagai@lkclaw.com
   gturner@lkclaw.com
6
   STEPHEN L. SCHIRLE (State Bar No. 96085)
7  MARK H. PENSKAR (State Bar No. 77725)
   DARREN P. ROACH (State Bar No. 159998)
8  77 Beale Street, B30A
   P.O. Box 7442
9  San Francisco, California 94105
   Telephone: (415) 973-6345
10 Facsimile:  (415) 973-5520
   dprc@pge.com
11
   Attorneys for Defendants
12 PACIFIC GAS AND ELECTRIC COMPANY and DEANNA
   RADFORD
13

14             UNITED STATES DISTRICT COURT

15        FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17 THOMAS KNOWLES and THOMAS          Case No. C 07-2284-CW
   HICKS,
18                                    **[PROPOSED] ORDER GRANTING
              Plaintiffs,            DEFENDANT PACIFIC GAS AND
19                                    ELECTRIC COMPANY'S
   vs.                               ADMINISTRATIVE MOTION TO
20                                    RELATE CASES**
   PACIFIC GAS AND ELECTRIC
21 COMPANY, DEANNA RADFORD, and       **[L.R. 3-12(b)]**
   DOES 1-20,
22
              Defendant.
23                                    Complaint Filed:  April 27, 2007

24

25       After fully considering the pleadings and documents, and GOOD CAUSE appearing,

26 IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the case entitled In the Matter

27 of the Arbitration between Pacific Gas & Electric Company v. Thomas Knowles and Thomas

28 Hicks, Action No. CV-08-1211-TEH, United States District Court for the Northern District of

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1    California, San Francisco Division, is related to the instant action.

2          IT IS SO ORDERED.

3

4    Dated: _____, 2008

                                        _____

5                                            The Honorable Claudia Wilken
                                        United States District Court Judge

6

7

8

9

10    **CERTIFICATE OF SERVICE**

11          I certify that a copy of this document was served electronically on February 29, 2008, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

---

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

---

[PROPOSED] ORDER GRANTING DEFENDANT PACIFIC GAS AND ELECTRIC
COMPANY'S ADMINISTRATIVE MOTION TO RELATE CASES
Case No C 07-2284-CW