UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KNOWLES, et al.,

    Plaintiffs,

v.

PACIFIC GAS & ELECTRIC COMPANY, et al.,

    Defendants.

NO. C 07-02284 CW

**MINUTE ORDER**
Date: 3/6/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**    **Court Reporter:** Diane Skillman

**Appearances for Plaintiff:**
Mahsa Gholani

**Appearances for Defendant:**
Susan Kumagi; Jennifer Marston

### Motions:

| | | |
|---|---|---|
| Dft. IBEW Local 1245 | Mo. to dismiss for failure to state a claim | Under submission |
| Dfts. PG&E and Deanna Radford | Mo. to dismiss first amended complaint of plaintiffs Thomas Knowles and Thomas Hicks | Under submission |

Further briefing due:  Counsel for PG&E to provide copy of arbitration award
Order to be prepared by:  Court

**Further Case Management Conference Held?:** Yes

Notes: Motions taken under submission. **FCMC set for 5/6/08 at 2:00 p.m.; joint CMC statement due one week prior to conference.**

Copies to:  Chambers