**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KNOWLES, et al.,

      Plaintiff,

  v.

PACIFIC GAS & ELECTRIC COMPAN, et al.,

      Defendants.

_____/

No. C 07-02284 CW

CLERK'S NOTICE
VACATING CASE
MANAGEMENT
CONFERENCE

    Notice is hereby given that the Case Management Conference, previously set for May 6, 2008, is vacated.

Dated: 5/5/08

                     *Sheilah Cahill*

                     SHEILAH CAHILL
                     Deputy Clerk