IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS KNOWLES and THOMAS HICKS,

    Plaintiffs,

  v.

PACIFIC GAS & ELECTRIC COMPANY, DEANNA RADFORD, LOCAL UNION NUMBER 1245 OF INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, and DOES 2-20,

    Defendants.

No. C 07-02284 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Defendants' Motions to Dismiss Without Leave to Amend,

    IT IS ORDERED AND ADJUDGED

    That Plaintiffs take nothing, that the action be dismissed on the merits, and that each party bear its own costs of action.

    Dated at Oakland, California, this 5th day of May, 2008.

RICHARD W. WIEKING
Clerk of Court

*Sheilah Cahill*

By: _____

SHEILAH CAHILL
Deputy Clerk