LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
GLEN E. TURNER (State Bar No. 212417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605
skumagai@lkclaw.com
gturner@lkclaw.com

STEPHEN L. SCHIRLE (State Bar No. 96085)
MARK H. PENSKAR (State Bar No. 77725)
DARREN P. ROACH (State Bar No. 159998)
77 Beale Street, B30A
P.O. Box 7442
San Francisco, California 94105
Telephone: (415) 973-6345
Facsimile: (415) 973-5520
dprc@pge.com

Attorneys for Defendants
PACIFIC GAS AND ELECTRIC COMPANY and DEANNA RADFORD

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS KNOWLES and THOMAS HICKS,

Plaintiffs,

vs.

PACIFIC GAS AND ELECTRIC COMPANY, DEANNA RADFORD, and DOES 1-20,

Defendant.

Case No. C 07-2284 CW

**DECLARATION OF DARREN P. ROACH IN SUPPORT OF DEFENDANTS' MOTION FOR COSTS AND ATTORNEY FEES**

Date: June 26, 2008
Time: 2:00 p.m.
Location: Courtroom 2
Judge: Hon. Claudia Wilken

I, Darren P. Roach, declare:

1. I am licensed to practice law in California, State Bar Number 159998. I am an attorney in the Law Department of Pacific Gas and Electric Company ("PG&E"), and counsel of record for PG&E in the above-titled matter. I have personal knowledge of the facts set forth in this declaration. If called upon to testify thereto, I could and would testify competently.

2. PG&E Law Department attorneys act as litigation counsel for PG&E in a variety of matters, including this action. This case is assigned for handling to Mark H. Penskar as supervising attorney and me as primary in-house attorney.

3. Plaintiff filed the first federal action in August 2006 and dismissed it without prejudice in October 2006. I was the primary attorney for this civil action. Shortly after plaintiffs filed the second federal court case in this action, I contacted the law firm of Lafayette and Kumagai LLP and arranged for the Lafayette and Kumagai firm to become co-counsel in the case. Lafayette and Kumagai has handled several cases for PG&E in the past and their work is well-known to me, as are their lead attorneys Susan T. Kumagai and Gary T. Lafayette.

**Qualifications of Counsel**

4. I graduated Cornell University in 1987 and Cornell Law School in 1991. After serving as a law clerk in the Northern District of Alabama from August 1991 through August of 1992, I practiced with the law firm of Crosby, Heafey, Roach and May from 1992-2001, becoming a partner in 1998. My practice was almost exclusively in employment law. I am currently one of two in-house attorneys that defend the company in employment litigation cases. I am the Treasurer of the California Employment Law Counsel, an organization of more than 50 corporations that advocates for fair and just employment law in this stat.

5. I am familiar with the career of Mark H. Penskar. Mr. Penskar obtained his J.D. from University of Michigan Law School in 1977 and was admitted to the California Bar that same year. Prior to joining the PG&E Law Department in 1996, he was first an associate and then a partner at Pillsbury, Madison & Sutro in San Francisco. Both at Pillsbury and PG&E, Mr. Penskar's practice has emphasized commercial litigation. He is head of the Commercial Law section at PG&E, which includes oversight for employment claims.

6. Ann Loper is a paralegal with 10 years experience.

**Tasks Performed by Counsel**

7. In connection with this action, I performed numerous acts as attorney for PG&E, rendered PG&E various services as attorney of record in this matter, and incurred various costs on PG&E's behalf. To prepare a defense of the civil proceedings I performed several activities

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

including the following (the following list does not include matters I believe I performed in response to plaintiffs' filing of an arbitration claim):

(a) Investigated the facts surrounding plaintiffs' claim against PG&E, which included (1) a review of the history surrounding PG&E's power plant near Santa Rosa, California called the Geysers, (2) a review of plaintiffs' employment history leading up to their acceptance of a severance package, and (3) a review of the history of collective bargaining negotiations leading to creation of employment benefits for certain job classifications within the Company;

(b) Prepared a draft motion to dismiss and a motion to compel arbitration in response to the first federal complaint filed in August 2006;

(c) Interviewed PG&E employees who negotiated and administered the agreement; interviewed current and former employees who work on labor issues regarding the plant;

(d) Researched the law of the Labor Management Relations Act, Section 301 preemption, which included research of possible preemption of state law claims for contract, discrimination, and tort;

(e) Prepared a removal of the first law suit from state court to federal court;

(f) Advised PG&E management of merits of legal proceeding;

(g) Prepared correspondence to plaintiffs' counsel regarding scope of severance agreement and potential bar against civil court proceedings;

(h) Prepared internal correspondence relating to status of claim;

(i) Supervised the legal assistant who gathered all documents in response to the filing of the civil claim, including supervising her interview of relevant witnesses;

(j) Reviewed documents (approximately 2 bankers boxes) provided by the various PG&E departments to determine their potential relevance to this action. This included many documents later determined to be irrelevant in response to pending claims;

(k) Assisted in research and filing of motion to dismiss second federal court action;

(l) Conducted strategy sessions with PG&E's retained counsel, Lafayette

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

and Kumagai, re filing of motions to dismiss and petition to vacate;

(m) Reviewed, edited, and provided input and research into court documents prepared by Lafayette and Kumagai, including two motions to dismiss and a petition to vacate;

(n) Researched and analyzed the potential for recovery of PG&E's costs and attorney fees;

8. PG&E attorney Mark Penskar did the following in the case:

(a) Provided advice on many of the tasks set forth in paragraph 4 above;

(b) Consulted with me regarding case strategy;

(c) Reviewed and provided comment on PG&E's motions and petitions.

9. PG&E paralegal Ann Loper did the following in the case:

(a) Assisted in the collection and organization of documents relevant to litigation;

(b) Contacted witnesses and conducted interviews;

(c) Issued litigation holds;

(d) Coordinated interviews between witnesses/employees and outside counsel;

(e) Responded to several requests to locate information relating to claims in the action.

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

**Attorney Time Recordation**

10. As an attorney in PG&E's Law Department, I am familiar with Law Department procedures regarding recordation of attorney time on matters.

11. PG&E Law Department attorneys keep contemporaneous time records by filling out daily time sheets that record each matter on which the attorney has worked and the time spent on that matter broken down to the quarter hour. These time sheets are turned into a clerk, who posts the time entries into the Law Department's Law Manager computer system.

12. PG&E assigns each case a Law Manager ("LM") number for the purpose of keeping track of time. PG&E's matter number for this case is LM 602165. A true and correct printout of the billing records for PG&E attorneys Mark Penskar and myself, and for PG&E paralegal Ann Loper, is attached hereto as Exhibit A. These records show all time assigned to

LM 602165

13. This lawsuit was filed in California Superior Court on August 23, 2006. Since the bringing of this court case was at odds with the plaintiffs' Severance Agreements with PG&E, I was uncertain whether plaintiffs' counsel was aware of those Agreements. Accordingly, I informed plaintiffs' counsel of the Agreements, presented them with a copy of the Agreements, and informed them that their recourse was to arbitration. Approximately October 30, 2006, plaintiffs voluntarily dismissed their civil case and proceeded with an arbitration with the American Arbitration Association ("AAA"), which remains active to this date. Plaintiffs filed the instant case in the U.S. District Court for the Northern District of California on April 26, 2007.

14. PG&E's attorney time records do not record the details of work done within a case, such as whether time was expended on the arbitration or on the court case. However, I am personally familiar with the work done by PG&E's attorneys on this case, Mark Penskar and myself, and with the work done by paralegal Ann Loper. From August 23 through October 30, 2006, all time billed was in defense of the first federal case. All this time was incurred before the arbitration was filed. I am not seeking recovery for time billed from October 31, 2006 through April 25, 2007, because only the arbitration was pending during this time. Our time billed to the case since April 26, 2007 has been split between the court case and the arbitration. PG&E attorneys have billed a substantial amount of hours both to the court case and to the arbitration, and the exact number of hours spent on either is not determinable from our billing records.

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

**Reasonableness of Costs and Attorney Fees**

15. In my professional opinion, all of the costs incurred and time spent by counsel were reasonably necessary to secure the favorable result for PG&E.

16. We attempted on several occasions to streamline the dispute in an effort to hold down litigation expenses. Early in the case, I pointed out to plaintiffs' counsel that plaintiffs' recourse was through arbitration. Although the plaintiffs did initiate an arbitration, they proceeded to violate paragraph 11 of the Severance Agreement by attempting to arbitrate their entire case and all their claims, as opposed to arbitrating only the interpretation, validity, or any

violation of the Severance Agreement, as set out in paragraph 11 of the Severance Agreement. Once the case was in arbitration, we attempted to have it dismissed because the plaintiffs' demand for arbitration exceeded the scope of the arbitration clause. We also filed a motion to dismiss in the civil action.

17. The second federal court case opened in April 2007 was a continuation of the already-existing case. Parties, counsel, and issues were identical to the case filed in court in 2006 and in the AAA Arbitration. Plaintiffs sought to litigate the same claim in two forums. PG&E did not treat the filing of the federal complaint internally as the opening of a new case but simply as a new development in an existing case. The same attorneys remained assigned to the case and extensive use was made of legal research that had already been done.

18. PG&E has conducted this litigation with a focus on streamlining issues and efficiencies. However, plaintiffs attempted to file their case in more than one forum. I have conferred with Susan Kumagai on virtually an issue by issue and task by task basis on how to meet the goal of doing work sufficient to adequately defend PG&E from litigation we believed baseless while minimizing the expenditure of time and money, and I believe we have achieved both those goals.

19. In sum, I believe the costs and attorney fees incurred by PG&E are reasonable. PG&E has defended this matter with quality legal work that was done as frugally as it is possible to do such work, and has repeatedly sought to achieve cost savings by narrowing the dispute's issues. Plaintiffs have resisted such narrowing of issues at every step.

20. The Declaration of Glen Turner, along with the exhibits supporting it, contains a calculation of reasonable attorneys' fees for PG&E's counsel. Declaration of Glen Turner In Support Of Defendant's Motion for Attorney Fees ("Turner Dec."); see also Turner Dec., Exh. A, "Explanation of Attorney Fees." I believe the calculation to be correct.

///

///

///

///

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration is executed this 19th day of May 2008, in San Francisco, California.

DATED: May 19, 2008

LAFAYETTE & KUMAGAI LLP

DARREN P. ROACH
Attorney for Defendant
Pacific Gas and Electric Company

N:\Documents\PGE\Know\Pldg\Dec Darren Roach iso mo atty fees doc

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

## CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on May 19, 2008, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

*/s/ Glen Turner*

GLEN TURNER

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

EXHIBIT A

# Time Report for LM# 602165

Name: Loper, Ann K.

| Date | Matter # | Hours |
|---|---|---|
| Tue 09/19/06 | 602165 Knowles, Thomas and Thomas | 2.00 |
| Wed 09/20/06 | 602165 Knowles, Thomas and Thomas | 2.75 |
| Fri 09/29/06 | 602165 Knowles, Thomas and Thomas | 2.00 |
| | **Total** | **6.75** |
| Mon 10/02/06 | 602165 Knowles, Thomas and Thomas | 1.00 |
| Tue 10/03/06 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Fri 10/06/06 | 602165 Knowles, Thomas and Thomas | 1.25 |
| Mon 10/09/06 | 602165 Knowles, Thomas and Thomas | 4.50 |
| Tue 10/10/06 | 602165 Knowles, Thomas and Thomas | 1.50 |
| Wed 10/11/06 | 602165 Knowles, Thomas and Thomas | 1.00 |
| Thu 10/12/06 | 602165 Knowles, Thomas and Thomas | 3.75 |
| Fri 10/13/06 | 602165 Knowles, Thomas and Thomas | 3.75 |
| Mon 10/16/06 | 602165 Knowles, Thomas and Thomas | 2.50 |
| | **Total** | **19.75** |
| Thu 02/22/07 | 602165 Knowles, Thomas and Thomas | 1.25 |
| Fri 02/23/07 | 602165 Knowles, Thomas and Thomas | 1.00 |
| Mon 02/26/07 | 602165 Knowles, Thomas and Thomas | 1.25 |
| | **Total** | **3.50** |
| Thu 03/01/07 | 602165 Knowles, Thomas and Thomas | 1.00 |
| Thu 03/22/07 | 602165 Knowles, Thomas and Thomas | 0.75 |
| Fri 03/30/07 | 602165 Knowles, Thomas and Thomas | 1.25 |
| | **Total** | **3.00** |
| Tue 04/03/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Thu 04/05/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Mon 04/16/07 | 602165 Knowles, Thomas and Thomas | 0.75 |
| Wed 04/18/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Fri 04/20/07 | 602165 Knowles, Thomas and Thomas | 1.25 |
| Mon 04/23/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Wed 04/25/07 | 602165 Knowles, Thomas and Thomas | 4.25 |
| Thu 04/26/07 | 602165 Knowles, Thomas and Thomas | 1.75 |
| | **Total** | **9.50** |
| Tue 05/22/07 | 602165 Knowles, Thomas and Thomas | 1.25 |
| Thu 05/24/07 | 602165 Knowles, Thomas and Thomas | 3.25 |
| Tue 05/29/07 | 602165 Knowles, Thomas and Thomas | 1.00 |
| | **Total** | **5.50** |
| Mon 06/04/07 | 602165 Knowles, Thomas and Thomas | 2.50 |
| Wed 06/06/07 | 602165 Knowles, Thomas and Thomas | 2.25 |
| Fri 06/08/07 | 602165 Knowles, Thomas and Thomas | 1.50 |
| Tue 06/12/07 | 602165 Knowles, Thomas and Thomas | 0.75 |
| Thu 06/14/07 | 602165 Knowles, Thomas and Thomas | 1.75 |
| Fri 06/15/07 | 602165 Knowles, Thomas and Thomas | 1.00 |
| Tue 06/19/07 | 602165 Knowles, Thomas and Thomas | 2.50 |
| Wed 06/20/07 | 602165 Knowles, Thomas and Thomas | 2.50 |
| Fri 06/22/07 | 602165 Knowles, Thomas and Thomas | 1.50 |
| | **Total** | **16.25** |
| Mon 07/09/07 | 602165 Knowles, Thomas and Thomas | 2.00 |
| Tue 07/10/07 | 602165 Knowles, Thomas and Thomas | 3.00 |
| Wed 07/11/07 | 602165 Knowles, Thomas and Thomas | 1.00 |
| Thu 07/12/07 | 602165 Knowles, Thomas and Thomas | 1.00 |

## Time Report for LM# 602165

| | | |
|---|---|---|
| Mon 07/16/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Tue 07/17/07 | 602165 Knowles, Thomas and Thomas | 3.25 |
| Wed 07/18/07 | 602165 Knowles, Thomas and Thomas | 2.75 |
| Fri 07/20/07 | 602165 Knowles, Thomas and Thomas | 0 75 |
| Mon 07/23/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Tue 07/24/07 | 602165 Knowles, Thomas and Thomas | 1.00 |
| | **Total** | **15.75** |
| Tue 08/07/07 | 602165 Knowles, Thomas and Thomas | 0 75 |
| Wed 08/08/07 | 602165 Knowles, Thomas and Thomas | 0 75 |
| Thu 08/09/07 | 602165 Knowles, Thomas and Thomas | 1 50 |
| Fri 08/10/07 | 602165 Knowles, Thomas and Thomas | 2 50 |
| Tue 08/14/07 | 602165 Knowles, Thomas and Thomas | 1 50 |
| Thu 08/30/07 | 602165 Knowles, Thomas and Thomas | 2 25 |
| | **Total** | **9.25** |
| Tue 09/04/07 | 602165 Knowles, Thomas and Thomas | 2 00 |
| Thu 09/13/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Fri 09/14/07 | 602165 Knowles, Thomas and Thomas | 0 25 |
| | **Total** | **2.75** |
| Mon 10/01/07 | 602165 Knowles, Thomas and Thomas | 0 50 |
| | **Total** | **0.50** |
| | **Subtotal** | **92.50** |

**Name: Penskar, Mark H.**

| | | |
|---|---|---|
| Fri 09/22/06 | 602165 Knowles, Thomas and Thomas | 0 50 |
| Mon 09/25/06 | 602165 Knowles, Thomas and Thomas | 0.25 |
| | **Total** | **0.75** |
| Tue 10/10/06 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Wed 10/11/06 | 602165 Knowles, Thomas and Thomas | 0.50 |
| | **Total** | **1.00** |
| Sun 11/26/06 | 602165 Knowles, Thomas and Thomas | 0 25 |
| Mon 11/27/06 | 602165 Knowles, Thomas and Thomas | 0.50 |
| | **Total** | **0.75** |
| Sat 02/03/07 | 602165 Knowles, Thomas and Thomas | 0 25 |
| Mon 02/12/07 | 602165 Knowles, Thomas and Thomas | 0 25 |
| Tue 02/20/07 | 602165 Knowles, Thomas and Thomas | 0 25 |
| Thu 02/22/07 | 602165 Knowles, Thomas and Thomas | 0 75 |
| Fri 02/23/07 | 602165 Knowles, Thomas and Thomas | 0 25 |
| | **Total** | **1.75** |
| Wed 04/25/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| | **Total** | **0.25** |
| Fri 06/08/07 | 602165 Knowles, Thomas and Thomas | 0.75 |
| Tue 06/19/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Fri 06/29/07 | 602165 Knowles, Thomas and Thomas | 0 25 |
| | **Total** | **1.25** |
| Thu 07/05/07 | 602165 Knowles, Thomas and Thomas | 0 25 |
| Fri 07/06/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Mon 07/09/07 | 602165 Knowles, Thomas and Thomas | 0 50 |
| Wed 07/11/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Thu 07/12/07 | 602165 Knowles, Thomas and Thomas | 1 50 |
| Fri 07/20/07 | 602165 Knowles, Thomas and Thomas | 0 25 |

**Time Report for LM# 602165**

| | | | |
|---|---|---|---|
| Thu 07/26/07 | 602165 Knowles, Thomas and Thomas | | 0 75 |
| Sun 07/29/07 | 602165 Knowles, Thomas and Thomas | | 1 00 |
| | | **Total** | **4.75** |
| Tue 08/28/07 | 602165 Knowles, Thomas and Thomas | | 0 25 |
| Wed 08/29/07 | 602165 Knowles, Thomas and Thomas | | 0.50 |
| | | **Total** | **0.75** |
| Tue 12/04/07 | 602165 Knowles, Thomas and Thomas | | 0.25 |
| | | **Total** | **0.25** |
| Tue 01/08/08 | 602165 Knowles, Thomas and Thomas | | 0 25 |
| Mon 01/14/08 | 602165 Knowles, Thomas and Thomas | | 0.25 |
| | | **Total** | **0.50** |
| Tue 02/05/08 | 602165 Knowles, Thomas and Thomas | | 1.25 |
| Wed 02/06/08 | 602165 Knowles, Thomas and Thomas | | 0.50 |
| Tue 02/19/08 | 602165 Knowles, Thomas and Thomas | | 1.50 |
| Wed 02/20/08 | 602165 Knowles, Thomas and Thomas | | 0.75 |
| | | **Total** | **4.00** |
| | | **Subtotal** | **16.00** |

**Name: Roach, Darren P.**

| | | | |
|---|---|---|---|
| Fri 10/06/06 | 602165 Knowles, Thomas and Thomas | | 1.00 |
| Mon 10/09/06 | 602165 Knowles, Thomas and Thomas | | 5.50 |
| Tue 10/10/06 | 602165 Knowles, Thomas and Thomas | | 6.00 |
| Wed 10/11/06 | 602165 Knowles, Thomas and Thomas | | 5.75 |
| Thu 10/12/06 | 602165 Knowles, Thomas and Thomas | | 2.00 |
| Fri 10/13/06 | 602165 Knowles, Thomas and Thomas | | 2.00 |
| Sun 10/15/06 | 602165 Knowles, Thomas and Thomas | | 5.50 |
| Mon 10/16/06 | 602165 Knowles, Thomas and Thomas | | 4.50 |
| Tue 10/17/06 | 602165 Knowles, Thomas and Thomas | | 0.25 |
| Fri 10/20/06 | 602165 Knowles, Thomas and Thomas | | 0.50 |
| Tue 10/24/06 | 602165 Knowles, Thomas and Thomas | | 0.75 |
| Wed 10/25/06 | 602165 Knowles, Thomas and Thomas | | 0 25 |
| Thu 10/26/06 | 602165 Knowles, Thomas and Thomas | | 0.50 |
| Fri 10/27/06 | 602165 Knowles, Thomas and Thomas | | 0.75 |
| | | **Total** | **35.25** |
| Mon 11/20/06 | 602165 Knowles, Thomas and Thomas | | 1.25 |
| Tue 11/28/06 | 602165 Knowles, Thomas and Thomas | | 1.00 |
| Wed 11/29/06 | 602165 Knowles, Thomas and Thomas | | 1.25 |
| Thu 11/30/06 | 602165 Knowles, Thomas and Thomas | | 2.25 |
| | | **Total** | **5.75** |
| Fri 12/01/06 | 602165 Knowles, Thomas and Thomas | | 1.25 |
| Mon 12/04/06 | 602165 Knowles, Thomas and Thomas | | 0.50 |
| Wed 12/06/06 | 602165 Knowles, Thomas and Thomas | | 0.50 |
| Fri 12/08/06 | 602165 Knowles, Thomas and Thomas | | 0.25 |
| Mon 12/11/06 | 602165 Knowles, Thomas and Thomas | | 2.00 |
| Fri 12/15/06 | 602165 Knowles, Thomas and Thomas | | 0.25 |
| | | **Total** | **4.75** |
| Tue 01/30/07 | 602165 Knowles, Thomas and Thomas | | 0.25 |
| Wed 01/31/07 | 602165 Knowles, Thomas and Thomas | | 0.50 |
| | | | **0.75** |
| Thu 02/01/07 | 602165 Knowles, Thomas and Thomas | | 0 50 |

# Time Report for LM# 602165

| | | |
|---|---|---|
| Mon 02/05/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Wed 02/07/07 | 602165 Knowles, Thomas and Thomas | 0 75 |
| Fri 02/09/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Mon 02/12/07 | 602165 Knowles, Thomas and Thomas | 0 50 |
| Fri 02/16/07 | 602165 Knowles, Thomas and Thomas | 0 75 |
| Mon 02/19/07 | 602165 Knowles, Thomas and Thomas | 1.50 |
| Tue 02/20/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Wed 02/21/07 | 602165 Knowles, Thomas and Thomas | 4 00 |
| Thu 02/22/07 | 602165 Knowles, Thomas and Thomas | 6.50 |
| Fri 02/23/07 | 602165 Knowles, Thomas and Thomas | 1 00 |
| Sun 02/25/07 | 602165 Knowles, Thomas and Thomas | 1.50 |
| Mon 02/26/07 | 602165 Knowles, Thomas and Thomas | 1.50 |
| | **Total** | **20.00** |
| Thu 03/01/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Fri 03/09/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Wed 03/21/07 | 602165 Knowles, Thomas and Thomas | 2.00 |
| Thu 03/22/07 | 602165 Knowles, Thomas and Thomas | 1.75 |
| Fri 03/23/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Fri 03/30/07 | 602165 Knowles, Thomas and Thomas | 2.00 |
| | **Total** | **7.25** |
| Mon 04/02/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Tue 04/03/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Thu 04/05/07 | 602165 Knowles, Thomas and Thomas | 0 50 |
| Mon 04/09/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Fri 04/13/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| | **Total** | **1.75** |
| Wed 05/02/07 | 602165 Knowles, Thomas and Thomas | 0.75 |
| Thu 05/03/07 | 602165 Knowles, Thomas and Thomas | 2 75 |
| Thu 05/31/07 | 602165 Knowles, Thomas and Thomas | 1.00 |
| | **Total** | **4.50** |
| Fri 06/01/07 | 602165 Knowles, Thomas and Thomas | 2.50 |
| Sat 06/02/07 | 602165 Knowles, Thomas and Thomas | 2.50 |
| Sun 06/03/07 | 602165 Knowles, Thomas and Thomas | 1 50 |
| Mon 06/04/07 | 602165 Knowles, Thomas and Thomas | 1.00 |
| Tue 06/05/07 | 602165 Knowles, Thomas and Thomas | 2.50 |
| Wed 06/06/07 | 602165 Knowles, Thomas and Thomas | 3 25 |
| Thu 06/07/07 | 602165 Knowles, Thomas and Thomas | 6.00 |
| Fri 06/08/07 | 602165 Knowles, Thomas and Thomas | 4 50 |
| Thu 06/14/07 | 602165 Knowles, Thomas and Thomas | 0.75 |
| Mon 06/18/07 | 602165 Knowles, Thomas and Thomas | 1.75 |
| Tue 06/19/07 | 602165 Knowles, Thomas and Thomas | 1 00 |
| Fri 06/22/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Tue 06/26/07 | 602165 Knowles, Thomas and Thomas | 1 25 |
| | **Total** | **28.75** |
| Fri 07/06/07 | 602165 Knowles, Thomas and Thomas | 1.00 |
| Sat 07/07/07 | 602165 Knowles, Thomas and Thomas | 1.50 |
| Sun 07/08/07 | 602165 Knowles, Thomas and Thomas | 5.00 |
| Mon 07/09/07 | 602165 Knowles, Thomas and Thomas | 6 25 |
| Tue 07/10/07 | 602165 Knowles, Thomas and Thomas | 5.50 |
| Wed 07/11/07 | 602165 Knowles, Thomas and Thomas | 7 00 |
| Thu 07/12/07 | 602165 Knowles, Thomas and Thomas | 8.00 |
| Fri 07/13/07 | 602165 Knowles, Thomas and Thomas | 4.75 |

**Time Report for LM# 602165**

| | | | |
|---|---|---|---|
| Mon 07/23/07 | 602165 Knowles, Thomas and Thomas | | 0.25 |
| Tue 07/24/07 | 602165 Knowles, Thomas and Thomas | | 1.75 |
| Wed 07/25/07 | 602165 Knowles, Thomas and Thomas | | 0.50 |
| Thu 07/26/07 | 602165 Knowles, Thomas and Thomas | | 5.50 |
| Fri 07/27/07 | 602165 Knowles, Thomas and Thomas | | 1.00 |
| | | **Total** | **48.00** |
| Thu 09/13/07 | 602165 Knowles, Thomas and Thomas | | 0.50 |
| Tue 09/18/07 | 602165 Knowles, Thomas and Thomas | | 0.50 |
| | | **Total** | **1.00** |
| Mon 10/15/07 | 602165 Knowles, Thomas and Thomas | | 0.25 |
| Tue 10/23/07 | 602165 Knowles, Thomas and Thomas | | 0.25 |
| Mon 10/29/07 | 602165 Knowles, Thomas and Thomas | | 2.50 |
| Tue 10/30/07 | 602165 Knowles, Thomas and Thomas | | 0.25 |
| | | **Total** | **3.25** |
| Thu 11/08/07 | 602165 Knowles, Thomas and Thomas | | 3.75 |
| Tue 11/13/07 | 602165 Knowles, Thomas and Thomas | | 2.00 |
| | | **Total** | **5.75** |
| Tue 12/04/07 | 602165 Knowles, Thomas and Thomas | | 0.50 |
| Wed 12/05/07 | 602165 Knowles, Thomas and Thomas | | 1.50 |
| Thu 12/06/07 | 602165 Knowles, Thomas and Thomas | | 0.50 |
| Mon 12/10/07 | 602165 Knowles, Thomas and Thomas | | 0.50 |
| Thu 12/13/07 | 602165 Knowles, Thomas and Thomas | | 1.50 |
| | | **Total** | **4.50** |
| Thu 01/03/08 | 602165 Knowles, Thomas and Thomas | | 0.50 |
| Tue 01/08/08 | 602165 Knowles, Thomas and Thomas | | 1.50 |
| Mon 01/14/08 | 602165 Knowles, Thomas and Thomas | | 0.50 |
| Wed 01/16/08 | 602165 Knowles, Thomas and Thomas | | 2.25 |
| Thu 01/24/08 | 602165 Knowles, Thomas and Thomas | | 0.50 |
| Mon 01/28/08 | 602165 Knowles, Thomas and Thomas | | 0.75 |
| Wed 01/30/08 | 602165 Knowles, Thomas and Thomas | | 0.25 |
| Thu 01/31/08 | 602165 Knowles, Thomas and Thomas | | 0.75 |
| | | **Total** | **7.00** |
| Wed 02/06/08 | 602165 Knowles, Thomas and Thomas | | 0.50 |
| Thu 02/07/08 | 602165 Knowles, Thomas and Thomas | | 1.00 |
| Tue 02/12/08 | 602165 Knowles, Thomas and Thomas | | 2.00 |
| | | **Total** | **3.50** |
| Mon 03/17/08 | 602165 Knowles, Thomas and Thomas | | 0.25 |
| Mon 03/24/08 | 602165 Knowles, Thomas and Thomas | | 0.25 |
| Thu 03/27/08 | 602165 Knowles, Thomas and Thomas | | 0.50 |
| | | **Total** | **1.00** |
| Tue 04/01/08 | 602165 Knowles, Thomas and Thomas | | 0.25 |
| Wed 04/02/08 | 602165 Knowles, Thomas and Thomas | | 0.50 |
| Fri 04/04/08 | 602165 Knowles, Thomas and Thomas | | 0.50 |
| | | **Total** | **1.25** |
| | | **Subtotal** | **184.00** |
| | | **Grand Total** | **292.50** |