LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
GLEN E. TURNER (State Bar No. 212417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605
skumagai@lkclaw.com
gturner@lkclaw.com

STEPHEN L. SCHIRLE (State Bar No. 96085)
MARK H. PENSKAR (State Bar No. 77725)
DARREN P. ROACH (State Bar No. 159998)
77 Beale Street, B30A
P.O. Box 7442
San Francisco, California 94105
Telephone: (415) 973-6345
Facsimile: (415) 973-5520
dprc@pge.com

Attorneys for Defendants
PACIFIC GAS AND ELECTRIC COMPANY and DEANNA
RADFORD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES and THOMAS HICKS,<br><br>Plaintiffs,<br><br>vs.<br><br>PACIFIC GAS & ELECTRIC COMPANY, DEANNA RADFORD, and DOES 1-20,<br><br>Defendants. | Case No. C 07-2284 CW<br><br>**DECLARATION OF GLEN TURNER IN SUPPORT OF DEFENDANTS' MOTION FOR COSTS AND ATTORNEY FEES**<br><br>Date:       June 26, 2008<br>Time:       2:00 p.m.<br>Location:  Courtroom  2<br>Judge:     Hon. Claudia Wilken |

I, Glen Turner, declare:

1.     I am licensed to practice law in California, State Bar Number 212417. I am an

associate attorney in the law firm of Lafayette & Kumagai LLP ("LK") and one of the attorneys

assigned to represent defendant Pacific Gas and Electric Company ("PG&E") in the above-titled

matter. I have personal knowledge of the facts set forth in this declaration. If called upon to

1

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1   testify thereto, I could and would testify competently.

2      2.    I have met and conferred telephonically with plaintiffs' counsel in regard to this

3   dispute. PG&E and plaintiffs were unable to resolve this matter informally and in my opinion the

4   prospects for resolution based on further discussion are poor.

5      3.    As an attorney at LK, I am familiar with LK's methods of recording time. LK's

6   attorneys and paralegals record their expenditure of time on timesheets. Each entry contains the

7   name of the timekeeper, the matter upon which time was expended, the amount of time expended

8   to the nearest tenth of an hour, and a description of the work done. The descriptions are

9   sufficiently detailed to allow identification of the exact work. After recording his or her time,

10  each attorney or paralegal turns in the timesheets to a central timekeeper who enters the data into

11  a computer program. Each month, a summary of that month's billing is printed off and entered

12  into a log book for each active case. The summary includes totals for time spent and money

13  charged, and also includes each individual entry inputted to the system that month, including the

14  detailed descriptions of work described above.

15     4.    In preparation for filing this motion, I reviewed the attorney and paralegal billing

16  records of both LK and PG&E for the above-titled case. The billing records I reviewed covered

17  time billed to the two court cases that have been filled in this matter, the initial federal court case

18  and the instant, second federal case, and time billed to the American Arbitration Association

19  arbitration. The PG&E billing records are attached hereto as Exhibit C. The detailed information

20  recorded in the LK billing records reveals the thought processes of attorneys working on this

21  litigation, and therefore the LK billing records have not been provided at this time. Pursuant to

22  Civil L.R. 54-6(b)(2), PG&E will make these records available to the Court under seal for in

23  camera inspection upon request.

24     5.    Based upon LK's billing records, I compiled a document entitled "Detail of LK

25  Attorney Fees" which is an abstract of LK's time-billing to this case. This document is attached

26  hereto as Exhibit B. Since LK's billing records contain detail of tasks engaged in by attorneys

27  and paralegals during specified amounts of time, it was possible to segregate LK's attorney and

28  paralegal time into amounts of time expended on specific dates on certain discreet tasks. The

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

2

tasks I found time had been expended on were

      a.  defendant's initial motion to dismiss;

      b.  defendant's counter-claim;

      c.  defendant's reply to plaintiff's opposition to defendant's motion to dismiss;

      d.  initial disclosures;

      e.  defendant's second motion to dismiss;

      f.  defendant's reply to plaintiff's opposition to defendant's second motion to dismiss;

      g.  case management conferences;

      h.  service and pleadings pertaining to individual defendant Radford;

      i.  all time spent on the arbitration;

      j.  the petition for vacatur and petition to relate case in the district court;

      k.  case intake;

      l.  case strategy;

      m.  communication with co-counsel at PG&E;

      n.  document management;

      o.  case scheduling and management; and

      p.  miscellaneous matters.

6.    Based upon my knowledge of the case and with a high level of certainty, all the time billed by LK in categories a-h supra were expended on the court case; all the time billed by LK in categories i-j supra were expended on the arbitration; and all the time billed by LK in categories k-p supra were not assignable to either the court case or to the arbitration case with a high level of certainty, despite being time that was billed to the case as a whole. In the various documents attached hereto as appendices, I refer to the time billed by LK in categories a-j as *divisible time* and to the time billed by LK in categories k-p as *indivisible time.*

7.    Based upon LK's billing records, the time of LK partners Gary T. Lafayette and Susan T. Kumagai was billed to PG&E at a rate of $270/hour; my time was billed to PG&E at a

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1  rate of $234/hour; and the time of paralegals Anna Ludwig and Trinh Ngo was billed to PG&E at

2  a rate of $90/hour.

3       8.    PG&E's billing records are less detailed than LK's billing records, reflecting only

4  time spent on the case and the dates the time was spent. I did not find it possible to divide

5  PG&E's time by categories as I had done for LK's time.

6       9.    Based on LK's billing records, PG&E's billing records, the Declaration of Darren

7  P. Roach made in support of this motion, and the document entitled "Detail of LK Attorney Fees"

8  described supra compiled from LK's and PG&E's billing records, I calculated the value of the

9  time expended on this case by LK and PG&E.

10       10.   All relevant LK and PG&E attorneys and paralegals practice in San Francisco.

11       11.   I compiled a full explanation of the methodology used in determining the fees

12  charged in this case in the document "Explanation of Attorney Fees," a true copy of which is

13  attached hereto as Exhibit A. I hereby affirm that I have personal knowledge of the facts set forth

14  in Exhibit A, "Explanation of Attorney Fees," and if called upon to testify thereto, I could and

15  would testify competently.

16       12.   As an associate attorney at LK, I am well familiar with the background and

17  experience of LK's named partners Gary Lafayette and Susan Kumagai.

18       13.   Gary Lafayette is a senior attorney and a 1979 graduate of the University of

19  California (Berkeley) School of Law ("Boalt Hall"). He worked with the firms of Pettit &

20  Martin, and Feldman, Waldman & Kline, before joining as a partner the firm of Alexander,

21  Millner & McGee, the predecessor firm to McGee, Lafayette, Willis & Greene.

22       14.   Susan Kumagai is a senior attorney and a graduate of the University of California

23  Davis School of Law who has been practicing law for 21 years. She heads LK's labor and

24  employment law department. She began her practice as an associate with Alexander, Millner &

25  McGee and became a partner with McGee, Lafayette, Willis & Greene in 1993.

26       15.   I graduated in 2000 from the University of California (Berkeley) School of Law

27  ("Boalt Hall"). I have practiced civil litigation in the Palo Alto office of Skadden, Arps, Slate,

28  Meagher & Flom and represented plaintiffs in the Birmingham, Alabama offices of Davis &

4

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1  Norris, and Vines & Waldrep before joining LK in 2007.

2      I declare under penalty of perjury under the laws of the State of California that the

3  foregoing is true and correct and that this declaration is executed this 19th day of May 2008, in

4  San Francisco, California.

5

6                                            _____

7                                            GLEN TURNER

8

9

10                              **CERTIFICATE OF SERVICE**

11      I certify that a copy of this document was served electronically on  May 19, 2008, on
   counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by
12  use of the Court's ECF system.

13                                            _/s/ Glen Turner_____
                                             GLEN TURNER
14

15

16  PGE\Know\Pldg\Decl. GT re atty fees.doc

17

18

19

20

21

22

23

24

25

26

27

28
                                                                                    5

---

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

DECLARATION OF GLEN TURNER IN SUPPORT OF DEFENDANTS' MOTION FOR COSTS
AND ATTORNEY FEES
Case No. C07-2284 CW

EXHIBIT A

1

LAFAYETTE & KUMAGAI LLP
2  GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
3  GLEN TURNER (State Bar No. 212417)
100 Spear Street, Suite 600
4  San Francisco, California 94105
Telephone:   (415) 357-4600
5  Facsimile:   (415) 357-4605
skumagai@lkclaw.com
6  gturner@lkclaw.com

7  STEPHEN L. SCHIRLE (State Bar No. 96085)
MARK H. PENSKAR (State Bar No. 77725)
8  DARREN P. ROACH (State Bar No. 159998)
77 Beale Street, B30A
9  P.O. Box 7442
San Francisco, California 94105
10  Telephone: (415) 973-6345
Facsimile: (415) 973-5520
11  dprc@pge.com

12  Attorneys for Defendants
PACIFIC GAS AND ELECTRIC COMPANY and DEANNA
13  RADFORD

14

15  UNITED STATES DISTRICT COURT

16  FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18

| | |
|---|---|
| 19  THOMAS KNOWLES and THOMAS HICKS, | Case No. C 07-2284 CW |
| 20 | **EXPLANATION OF DEFENDANT'S ATTORNEY FEES CHARGED** |
| 21  Plaintiffs, | |
| 22  vs. | Date:       June 26, 2008 |
| | Time:       2:00 p.m. |
| 23  PACIFIC GAS & ELECTRIC COMPANY, | Dept:       A |
| DEANNA RADFORD, LOCAL UNION | Judge:      Hon. Claudia Wilken |
| 24  NUMBER 1245 OF INTERNATIONAL | |
| BROTHERHOOD OF ELECTRICAL | Amended Complaint Filed:  December 5, |
| 25  WORKERS, and DOES 2-20, | 2007 |
| 26  Defendants. | |

27

28

1

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1     **EXPLANATION OF DEFENDANT'S ATTORNEY FEES CHARGED**

2   **I.     Fees and Costs Charged by Lafayette and Kumagai LLP**

3          *A.     Gross Categories of Fees*

4          The attorney fees billed to this case by PG&E's counsel Lafayette and Kumagai LLP

5   (LK) may be divided into three gross categories:

6          1. divisible time[1] expended on the civil lawsuit;

7          2. divisible time expended on the arbitration, and

8          3. indivisible time.

9          Divisible time expended on the court case includes time billed to defendant's initial

10   motion to dismiss; defendant's counter-claim; defendant's reply to plaintiff's opposition to

11   defendant's motion to dismiss; initial disclosures; defendant's second motion to dismiss;

12   defendant's reply to plaintiff's opposition to defendant's second motion to dismiss; case

13   management conferences; and service and pleadings pertaining to individual defendant Radford.

14   Declaration of Glen Turner In Support of Motion for Attorney Fees ("Turner Dec."), ¶¶ 5-6.

15          Divisible time expended on the arbitration includes all time billed to any matter pertaining

16   to arbitration and time billed on the petition for vacatur and petition to relate case in the district

17   court. Id.

18          Indivisible time includes time billed for case intake; case strategy; communication with

19   co-counsel at PG&E; document management; case scheduling and management; and

20   miscellaneous matters. Id.

21          *B.     Weight Assigned to Fee Categories*

22          Divisible time expended on the court case is weighted 100% and is fully billed for this

23   proceeding.

24          Divisible time expended on the arbitration is weighted 0% and is not billed for at all here.

25          Indivisible time is time that has been expended on the case but may not be confidently

26   assigned either to the court case or to the arbitration case. Since no exact division of this time is

27

---

28   [1] "Divisible time" means billing entries that may confidently be assigned either to the court case or to the arbitration case.

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

2

1  possible, defendant has determined the percentage of total divisible attorney time that is assigned

2  to the court case and assigned that same percentage of its indivisible attorney time to the court

3  case; similarly, defendant has determined the percentage of total divisible paralegal time that is

4  assigned to the court case and assigned that same percentage of indivisible paralegal time to the

5  court case.  A full numerical explanation follows.

6        LK's attorneys billed 171.3 divisible hours assignable to the court case and 203.7

7  divisible hours assignable to the arbitration, for a total of 375.0 divisible attorney hours billed to

8  the case.  Id. at Appendix B, Detail of LK Attorney Fees; Id. at ¶¶ 5-6.  171.3 hours represents

9  .4568 of 375.0 total attorney hours billed to this matter, which means that LK spent 45.68% of its

10 time on the court case, and the rest of its time, 54.32%, on the arbitration case.  Therefore

11 attorney hours billed to indivisible time will be weighted by applying a multiplier of .4568 and

12 PG&E will assign 45.68% of the attorneys hours billed to indivisible time to the court case and

13 bill for that time here.

14       LK's paralegals spent 9.5 divisible hours assignable to the court case and 27.4 divisible

15 hours assignable to the arbitration, for a total of 36.9 divisible paralegal hours billed to the case.

16 Id. at Appendix B, Detail of LK Attorney Fees; Id. at ¶¶ 5-6.  9.5, the number of divisible

17 paralegal hours billed to the court case, represents .2575 of 36.9, or 25.75%.  Therefore paralegal

18 hours billed to indivisible time will be weighted by applying a multiplier of .2575 and PG&E will

19 assign 25.75% of the paralegal hours billed to indivisible time to the court case and bill for that

20 time here.

21       None of the costs of courier services and outside billing services billed for are divisible

22 based on the detail available in LK's billing records, so PG&E will only seek 45.68% of these

23 costs, similar to the ratio for attorney time.

24    C.    Hourly Rates Charged by LK

25       Attorneys Gary T. Lafayette and Susan T. Kumagai bill PG&E $270/hour for their

26 services.  Id. at ¶ 7.  Attorney Glen Turner bills PG&E $234/hour for his services.  Id.  Paralegals

27 Anna Ludwig and Trinh Ngo bill PG&E $90/hour for their services.  Id.

28

3

1    PG&E seeks here only to recover the amount it actually paid for LK's services, plus a

2    reasonable amount for the time expended on the case by PG&E's in-house counsel (as is

3    discussed infra). However, several reported decisions find reliance on the "Laffey Matrix"

4    preferable to reliance on the actual billing rate charged by the attorneys involved in the case. See,

5    e.g., Young v. Polo Retail, LLC 2007 WL 951821, *8 (N.D.Cal. 2007); In re HPL Technologies,

6    Inc. Securities Litigation, 366 F.Supp.2d 912, 921-22 (N.D.Cal. 2005); Garnes v. Barnhardt,

7    2006 WL 249522, *7 (N.D.Cal. 2006) (not published).

8    Laffey Matrix rates for attorneys practicing in San Francisco, as of 2007, were calculated

9    by the court in Young v.Polo Retail, LLC:

> Attorneys with 20 or more years of experience bill $425/hour; attorneys with 11-
> 19 years of experience bill $376/hour; attorneys with 8-10 years of experience
> bill $305/hour; attorneys with 4-7 years of experience bill $245/hour; attorneys
> with 3 or fewer years of experience bill $200/hour; and paralegals bill $120/hour.

13    Young v. Polo Retail, LLC 2007 WL 951821, *8 (N.D.Cal. 2007); see also RJN, Exh. C,

14    "United States Attorney's Office for the District of Columbia, Laffey Matrix 2003-2008,"

15    URL http://www.usdoj.gov/usao/dc/Divisions/Civil_Division/Laffey_Matrix_7.html, last

16    viewed May 15, 2008 at 6:02 p.m. (showing 2008 Laffey Matrix rates for the District of

17    Columbia of $440/hour for attorneys with 20+ years experience, $390/hour for attorneys

18    with 11/19 years experience, $255/hour for attorneys with 4-7 years experience, and

19    $125/hour for paralegals); RJN, Exh. D, Wikipedia entry on "Laffey Matrix," URL

20    http://en.wikipedia.org/wiki/Laffey_Matrix, last viewed May 15, 2008 at 6:05 p.m.

21    (includes matrix showing reasonable billing hours for several urban areas 2006-07

22    including San Francisco, with San Francisco rates of $434/hour for attorneys with 20+

23    years experience, $383/hour for attorneys with 11-19 years experience, $250/hour for

24    attorneys with 4-7 years experience, and $134/hour for paralegals).

25    All applicable attorneys, both from LK and from PG&E, practice in San Francisco.

26    Based on the Laffey Matrix rate as adapted by Chief Judge Walker in Young, attorneys Lafayette

27    and Kumagai, who each have over 20 years experience, (Turner Dec., ¶¶ 13-14), would charge

28    $425/hour, attorney Turner, who has seven years experience (Id. at ¶ 15), would charge

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

4

$245/hour, and paralegals Ludwig and Ngo would charge $120/hour. We believe that the Laffey

Matrix rates demonstrate conclusively that the actual hourly rates sought here, $270/hour for

Lafayette and Kumagai, $234/hour for Turner, and $90/hour for Ludwig and Ngo, are highly

reasonable.

| Attorney | Years practice | Actual Rate | Laffey Rate[2] | Discount |
|---|---|---|---|---|
| **LK Attorneys** | | | | |
| Gary Lafayette | 29 | $270 | $425-440 | $155-170/hour |
| Susan Kumagai | 21 | $270 | $425-440 | $155-170/hour |
| Glen Turner | 7 | $234 | $245-255 | $11-21/hour |
| Anna Ludwig/ Trinh Ngo | Paralegal | $90 | $118-125 | $28-35/hour |
| **PGE Attorneys** | | | | |
| Darren Roach | 16 | $252 | $376-390 | $124-138/hour |
| Mark Penskar | 31 | $270 | $425-440 | $155-170/hour |
| Ann Loper | Paralegal | $90 | $118-125 | $28-35/hour |

   D.    *Attorney Time Charged by LK*

   The weighting factor for attorney time is .4568, as discussed <u>supra</u>

   Gary Lafayette has billed 2.8 hours of indivisible time to the case. 2.8 X .4568 X $270 =

$343.07, the total amount billed for here by Lafayette.

   Susan Kumagai has billed 59.4 hours of divisible time to the case and 12.2 hours of

indivisible time to the case. 59.4 X $270 = $16,038. 12.2 X .4568 X $270 = $1494.81. $16,038

+ $1494.81 = $17,532.81, the total amount billed for here by Kumagai.

---

[2] Based on chart, <u>supra</u>, entitled "Reasonable Hourly Rates for Attorneys Practicing in San Francisco, Per Source "

EXPLANATION OF DEFENDANT'S ATTORNEY FEES CHARGED (Case No. C07-2284 CW)

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1    Glen Turner has billed 111.9 hours of divisible time to the case and 3.3 hours of

2   indivisible time to the case. 111.9 X $234 = $26,184.60. 3.3 X .4568 X $245 = $352.74.

3   $26,184.60 + 352.74 = $26,537.34, the total amount billed for here by Turner.

4    $343.07 + $17,532.81 + $26,537.34 = $44,413.22, the total value of LK attorney time

5   billed for here.

6    E.    *Paralegal Time Charged by LK*

7    The weighting factor for paralegal time is .2575, as discussed <u>supra</u>.

8    Anna Ludwig has billed 7.4 hours of divisible time to the case and 5.7 hours of indivisible

9   time to the case. 7.4 X $90 = $666. 5.7 X .2575 X $90 = $132.09. $666 + $132.09 = $798.09,

10  the total amount billed for here by Ludwig.

11    Trinh Ngo has billed 1.5 hours of divisible time to the case. 1.5 X $90 = $135, the total

12  amount billed for here by Ngo.

13    $774.92 + $135 = $909.92. $909.92 is the total value of LK paralegal time billed for

14  here.

15    F    *Costs Charged by LK*

16    The weighting factor for costs is .4389, as discussed <u>supra</u>. Total indivisible costs are

17  $1876.67. $1876.67 X .4389 = $823.67. $823.67 is the total of costs billed for here.

18    G.    *Total Charges by LK*

19    $44,413.22 + $798.09 + $823.67 = $46,034.90, the total value of all fees and costs billed

20  for here by LK.

21  **II.    Fees Charged by PG&E**

22    A.    *Gross Categories of PG&E Hours*

23    PG&E's attorney billing records are less detailed than LK's, and only record time billed

24  to the case and when it was billed. However, the timeline of this case is extremely helpful in

25  dividing PG&E's billed time between the court case and the arbitration case.

26    The initial case was filed in California Superior Court on August 23, 2006. Declaration

27  of Darren P. Roach In Support of Defendant's Motion for Attorney Fees ("Roach Dec."), ¶ 13.

28  Plaintiffs voluntarily dismissed that case and opened an American Arbitration Association

6

1  arbitration approximately October 30, 2006. Id. With the arbitration still active, plaintiffs filed

2  this case in federal court on April 26, 2007. Id. Therefore, PG&E will assign all of its billed

3  time from before October 30, 2006 to the civil case and all of its billed time from October 30,

4  2006 to April 26, 2007 to the arbitration case. See Id. at ¶ 14.

5      The remainder of PG&E's billed time, i.e., all time billed since April 26, 2007 is

6  indivisible. That period roughly coincides with the period where LK has been active in the case.

7  See Id. at ¶¶ 3, 13. Since PG&E and LK have worked together on the case during that time, the

8  same weightings that are applied above to LK attorney time and to LK paralegal time are the best

9  estimate available of precisely how PG&E attorney and paralegal time was divided between the

10  court case and the arbitration for that time period.

11      Therefore the time categories for PG&E billing are (1) Period 1, time billed prior to

12  October 30, 2006, which is all assigned to the civil case and billed for here 100%; (2) Period 2,

13  time billed between October 30, 2006 and April 26, 2007, which is all assigned to the arbitration

14  and not billed for here at all; and (3) Period 3, time billed since April 26, 2007, which will be

15  assigned to the court case and billed for here according to the weighting factors for indivisible

16  LK attorney time and indivisible LK paralegal time derived and discussed supra.

17      B.    *Weight Assigned to Fee Categories*

18      For the reasons described supra, attorney time billed for by PG&E since April 26, 2007

19  will be weighted by applying a multiplier of .4568. Paralegal time billed for by PG&E since

20  April 26, 2007 will be weighted by applying a multiplier of .2575.

21      C.    *Hourly Rates Charged by PG&E*

22      PG&E attorney Mark Penskar is a senior attorney who has been practicing for 31 years.

23  Id. at ¶ 5. Under Young, his time would be billed for here at $425/hour. PG&E seeks $270/hour

24  for Penskar's time, the same amount charged for the time of Lafayette and Kumagai. PG&E

25  attorney Darren P. Roach has been practicing for 16 years. Id. at ¶ 4. Under Young, his time will

26  be billed for at $376/hour. PG&E seeks $252/hour for Roach's time, the mid-way point between

27  the $234/hour billed by LK to PG&E for Turner's time and the $270/hour billed for the time of

28  Lafayette, and Kumagai.

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

7

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1    Ann Loper is a paralegal.  Under <u>Young</u>, her time would be billed for at $120/hour.

2    PG&E seeks $90/hour for Loper's time, the same amount charged for the time of the LK

3    paralegals Ludwig and Ngo.

4        D.    *Attorney Time Charged by PG&E*

5    The weighting factor for LK indivisible attorney time is .4568, as discussed <u>supra</u>, and as

6    also discussed <u>supra</u> will be applied to Period 3 PG&E time.  Period 1 time is given full 100%

7    effect and Period 2 time is assigned to the arbitration and given 0% effect.

8    Attorney Mark Penskar has billed 1.75 hours to Period 1, 2.75 hours to period 2, and 11.5

9    hours to period 3.  1.75 X $270 = $472.50.  11.5 X .4568 X $425 = $1418.36.  $472.50 + 1418.36

10    = 1890.86, the total amount billed here by Penskar.

11    Darren Roach has billed 35.25 hours to Period 1, 40.25 hours to period 2, and 108.5 hours

12    to period 3.  35.25 X $252 = $8883.  108.5 X .4568 X $252 = $12,489.82.  $8883 + 12,489.82 =

13    21,372.82, the total amount billed here by Roach.

14    $1890.86 + $21,372.82 = $23,263.68, the full amount of attorney time charged for here by

15    PG&E.

16        E.    *Paralegal Ttime Charged by PG&E*

17    The weighting factor for paralegal time is .2575, as discussed <u>supra,</u> and as also discussed

18    <u>supra</u> will be applied to Period 3 time.  Period 1 time is given full 100% effect and Period 2 time

19    is assigned to the arbitration and given 0% effect.

20    Paralegal Ann Loper has billed 26.5 hours to Period 1, 14.25 hours to period 2, and 51.75

21    hours to Period 3.  26.5 X 90 = $2385.  51.75 X .2575 X 90 = $1187.66.  $2385 + $1187.66 =

22    $3572.66, the full amount of paralegal time charged for by PG&E.

23        F.    *Costs Charged by PG&E*

24    PG&E has charged no costs to the case.

25        G.    *Total Charges by PG&E*

26    $23,263.68 + 3572.66 = 26,836.34, the full value of all PG&E time charged to the case

27    here.

28

8

III.    **Total Charges**

LK charges here a total of $46,034.90 to the case. PG&E charges here a total of $26,836.34 to the case. The total amount of costs and attorney fees charged to the case here by defendant is $72,871.24.


Dated:  May 19, 2008                          LAFAYETTE & KUMAGAI LLP

                                              /s/ Glen Turner
                                              GLEN TURNER
                                              Attorneys for Defendants
                                              PACIFIC GAS & ELECTRIC COMPANY and
                                              DEANNA RADFORD



N:\Documents\PGE\Know\Pldg\Explanation of Attys Fees - 2.doc

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

EXPLANATION OF DEFENDANT'S ATTORNEY FEES CHARGED (Case No. C07-2284 CW)

EXHIBIT B

## DETAIL OF FEES CHARGED

### GARY T. LAFAYETTE

INDIVISIBLE TIME TOTAL        2.8

STRATEGY
01/29/08      2.0
03/04/08      .5
03/25/08      .3
TOTAL        2.8

### SUSAN T. KUMAGAI

INDIVISIBLE TIME TOTAL        12.2

STRATEGY
01/29/08      1.0
03/04/08      .5
TOTAL        1.5

CASE INTAKE
07/09/07      1.5
07/10/07      .3
07/23/07      .2
TOTAL        2.0

COMMUNICATION WITH CO-COUNSEL AT PG&E
07/11/07      .1
07/24/07      .2
9/13/07       .2
09/26/07      .1
10/15/07      .1
10/30/07      .2
10/31/07      .1
11/15/07      .1
11/27/07      .2
12/4/07       .2
12/5/07       .1
12/18/07      .1
12/20/07      .1
1/03/08       .2
01/08/08      .2
01/10/08      .1
01/28/08      .4

DETAIL OF FEES CHARGED

01/30/08      .3
01/31/08      .1
02/07/08      1.5
TOTAL         4.6

DOCUMENT MANAGEMENT
08/30/07      .5
08/31/07      .1
TOTAL         .6

MISCELLANEOUS
08/31/07      .1
03/07/08      .2
TOTAL         .3

CASE SCHEDULING AND MANAGEMENT
09/26/07      .1
10/10/07      .2
12/6/07       .2
12/19/07      1.5
01/14/08      .2
01/21/08      .5
01/23/08      .3
02/19/08      .2
TOTAL         3.2

DIVISIBLE TIME TOTAL          59.4

MOTION TO DISMISS
07/11/07      1.2
07/24/07      3.0
07/25/07      7.0
09/26/07      1.5
11/14/07      1.5
11/15/07      4.2
12/12/07      .1
TOTAL         18.5

COUNTER-CLAIM
07/24/07      .3
TOTAL         .3

REPLY, MOTION TO DISMISS
08/28/07      1.1
08/29/07      2.0
08/30/07      2.0

DETAIL OF FEES CHARGED

TOTAL          5.1

SECOND MOTION TO DISMISS
12/13/07        .6
12/14/07        .2
12/18/07        1.2
12/19/07        1.0
12/21/07        4.0
12/26/07        5.5
03/03/08        .2
03/05/08        5.0
03/06/08        6.0
TOTAL          23.7

REPLY, SECOND MOTION TO DISMISS
01/15/08        4. 3
01/16/08        1.0
01/17/08        1.2
TOTAL          6.5

INITIAL DISCLOSURES
09/05/07        1.0
09/24/07        .5
09/25/07        .2
TOTAL          1.7

CASE MANAGEMENT CONFERENCES

08/31/07        .2
09/05/07        .1
09/19/07        2.0
09/20/07        .1
09/27/07        .1
TOTAL          2.5

SERVICE ON RADFORD
10/04/07        .1
01/24/08        1.0
TOTAL          1.1

**GLEN TURNER**

INDIVISIBLE TIME TOTAL        3.3

CASE SCHEDULING AND MANAGEMENT
07/11/07        .6


DETAIL OF FEES CHARGED

| | |
|---|---|
| 07/25/07 | .1 |
| 9/17/07 | .2 |
| 11/08/07 | .1 |
| 11/20/07 | .2 |
| 12/21/07 | .2 |
| 03/12/08 | .3 |
| 03/20/08 | .2 |
| TOTAL | 1.9 |

CASE INTAKE

| | |
|---|---|
| 07/09/07 | .9 |
| TOTAL | .9 |

MISCELLANEOUS

| | |
|---|---|
| 12/5/07 | .5 |
| TOTAL | .5 |

DIVISIBLE TIME TOTAL   111.9

MOTION TO DISMISS

| | |
|---|---|
| 07/09/07 | 5.9 |
| 07/10/07 | 6.0 |
| 07/11/07 | 7.6 |
| 07/12/07 | 5.6 |
| 07/15/07 | 7.0 |
| 07/22/07 | 6.6 |
| 07/24/07 | 2.5 |
| 07/25/07 | 1.2 |
| 09/26/07 | 1.3 |
| 11/14/07 | 3.0 |
| 11/27/07 | .2 |
| 11/29/07 | .4 |
| TOTAL | 47.3 |

REPLY, MOTION TO DISMISS

| | |
|---|---|
| 08/26/07 | 5.1 |
| 08/27/07 | 4.5 |
| 08/28/07 | 3.0 |
| TOTAL | 12.6 |

COUNTER-CLAIM

| | |
|---|---|
| 07/18/07 | .3 |
| 07/23/07 | 3.0 |
| 07/24/07 | 4.3 |
| 07/25/07 | 1.5 |
| TOTAL | 9.1 |

DETAIL OF FEES CHARGED

SECOND MOTION TO DISMISS
| 12/4/07 | 1.3 |
| 12/6/07 | 1.5 |
| 12/7/07 | 1.0 |
| 12/10/07 | 1.0 |
| 12/11/07 | 1.0 |
| 12/14/07 | 6.5 |
| 12/19/07 | 1.0 |
| 12/21/07 | 1.2 |
| 12/24/07 | .7 |
| 12/26/07 | 2.3 |
| 01/07/08 | .4 |
| 01/16/08 | 1.9 |
| 03/06/08 | .2 |
| TOTAL | 20.0 |

REPLY, SECOND MOTION TO DISMISS
| 01/10/08 | .9 |
| 01/13/08 | 3.5 |
| 01/14/08 | 4.2 |
| 01/15/08 | .7 |
| 01/16/08 | 1.0 |
| 01/17/08 | 2.0 |
| TOTAL | 12.3 |

INITIAL DISCLOSURES
| 09/06/07 | .6 |
| 09/18/07 | .5 |
| 09/26/07 | .3 |
| TOTAL | 1.4 |

CASE MANAGEMENT CONFERENCE

| 09/04/07 | .2 |
| 09/07/07 | 2.1 |
| 09/18/07 | 2.0 |
| 09/19/07 | 1.3 |
| 09/20/07 | 2.1 |
| TOTAL | 7.7 |

DISCOVERY STRATEGY
| 08/30/07 | .5 |
| TOTAL | .5 |

SERVICE ON RADFORD


DETAIL OF FEES CHARGED

09/18/07      .2
10/02/07      .5
10/03/07      .2
10/10/07      .1
TOTAL       1.0

## ANNA LUDWIG

INDIVISIBLE TIME TOTAL      5.7

INITIAL DISCLOSURES
08/29/07      1.0
TOTAL       1.0

DOCUMENT MANAGEMENT
08/29/07      1.8
09/05/07      .2
12/31/07      .2
02/04/08      .9
02/05/08      .2
02/06/08      .2
03/17/08      .8
TOTAL       4.3

CASE MANAGEMENT AND SCHEDULING

10/01/07      .3
01/28/08      .1
TOTAL       .4

DIVISIBLE TIME TOTAL       7.4

MOTION TO DISMISS
11/19/07      .2
11/26/07      .1
12/3/07       .6
TOTAL       .9

REPLY, MOTION TO DISMISS
08/27/07      .2
08/29/07      .2
TOTAL       .4

SECOND MOTION TO DISMISS
12/17/07      2.3
12/18/07      .6

DETAIL OF FEES CHARGED

02/19/08     .1
02/20/08     .5
03/05/08     2.1
TOTAL        5.6

CASE MANAGEMENT CONFERENCE
09/04/07     .2
TOTAL        .2

SERVICE ON RADFORD
09/18/07     .1
10/31/07     .1
11//05/07    .1
TOTAL        .3

**TRINH NGO**

DIVISIBLE TIME TOTAL        1.5

CASE MANAGEMENT CONFERENCE
09/21/07     .8
TOTAL        .8

SECOND MOTION TO DISMISS
12/14/07     .7
TOTAL        .7

**VENDORS/OTHER COSTS**

COURIER
10/10/07     130.00
11/09/07     130.00
01/10/08      90.00

FEDEX
09/25/07      13.05

LEGALINK
09/25/07     519.44

PHOTOCOPYING
09/25/07      39.90
10/25/07      12.60
11/25/07      47.20
12/25/07       8.40
01/25/08      55.20


DETAIL OF FEES CHARGED

02/25/08      381.61
03/25/08      449.27

N:\Documents\PGE\Know\Misc\gt notes\Fees charged doc

DETAIL OF FEES CHARGED

-

# EXHIBIT C

## Time Report for LM# 602165

Name: Loper, Ann K.

| Date | Matter # | Hours |
|------|----------|-------|
| Tue 09/19/06 | 602165 Knowles, Thomas and Thomas | 2.00 |
| Wed 09/20/06 | 602165 Knowles, Thomas and Thomas | 2.75 |
| Fri 09/29/06 | 602165 Knowles, Thomas and Thomas | 2.00 |
| | **Total** | **6.75** |
| Mon 10/02/06 | 602165 Knowles, Thomas and Thomas | 1.00 |
| Tue 10/03/06 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Fri 10/06/06 | 602165 Knowles, Thomas and Thomas | 1.25 |
| Mon 10/09/06 | 602165 Knowles, Thomas and Thomas | 4.50 |
| Tue 10/10/06 | 602165 Knowles, Thomas and Thomas | 1.50 |
| Wed 10/11/06 | 602165 Knowles, Thomas and Thomas | 1.00 |
| Thu 10/12/06 | 602165 Knowles, Thomas and Thomas | 3.75 |
| Fri 10/13/06 | 602165 Knowles, Thomas and Thomas | 3.75 |
| Mon 10/16/06 | 602165 Knowles, Thomas and Thomas | 2.50 |
| | **Total** | **19.75** |
| Thu 02/22/07 | 602165 Knowles, Thomas and Thomas | 1.25 |
| Fri 02/23/07 | 602165 Knowles, Thomas and Thomas | 1.00 |
| Mon 02/26/07 | 602165 Knowles, Thomas and Thomas | 1.25 |
| | **Total** | **3.50** |
| Thu 03/01/07 | 602165 Knowles, Thomas and Thomas | 1.00 |
| Thu 03/22/07 | 602165 Knowles, Thomas and Thomas | 0.75 |
| Fri 03/30/07 | 602165 Knowles, Thomas and Thomas | 1.25 |
| | **Total** | **3.00** |
| Tue 04/03/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Thu 04/05/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Mon 04/16/07 | 602165 Knowles, Thomas and Thomas | 0.75 |
| Wed 04/18/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Fri 04/20/07 | 602165 Knowles, Thomas and Thomas | 1.25 |
| Mon 04/23/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Wed 04/25/07 | 602165 Knowles, Thomas and Thomas | 4.25 |
| Thu 04/26/07 | 602165 Knowles, Thomas and Thomas | 1.75 |
| | **Total** | **9.50** |
| Tue 05/22/07 | 602165 Knowles, Thomas and Thomas | 1.25 |
| Thu 05/24/07 | 602165 Knowles, Thomas and Thomas | 3.25 |
| Tue 05/29/07 | 602165 Knowles, Thomas and Thomas | 1.00 |
| | **Total** | **5.50** |
| Mon 06/04/07 | 602165 Knowles, Thomas and Thomas | 2.50 |
| Wed 06/06/07 | 602165 Knowles, Thomas and Thomas | 2.25 |
| Fri 06/08/07 | 602165 Knowles, Thomas and Thomas | 1.50 |
| Tue 06/12/07 | 602165 Knowles, Thomas and Thomas | 0.75 |
| Thu 06/14/07 | 602165 Knowles, Thomas and Thomas | 1.75 |
| Fri 06/15/07 | 602165 Knowles, Thomas and Thomas | 1.00 |
| Tue 06/19/07 | 602165 Knowles, Thomas and Thomas | 2.50 |
| Wed 06/20/07 | 602165 Knowles, Thomas and Thomas | 2.50 |
| Fri 06/22/07 | 602165 Knowles, Thomas and Thomas | 1.50 |
| | **Total** | **16.25** |
| Mon 07/09/07 | 602165 Knowles, Thomas and Thomas | 2.00 |
| Tue 07/10/07 | 602165 Knowles, Thomas and Thomas | 3.00 |
| Wed 07/11/07 | 602165 Knowles, Thomas and Thomas | 1.00 |
| Thu 07/12/07 | 602165 Knowles, Thomas and Thomas | 1.00 |

5/7/2008

## Time Report for LM# 602165

| | | |
|---|---|---|
| Mon 07/16/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Tue 07/17/07 | 602165 Knowles, Thomas and Thomas | 3.25 |
| Wed 07/18/07 | 602165 Knowles, Thomas and Thomas | 2.75 |
| Fri 07/20/07 | 602165 Knowles, Thomas and Thomas | 0.75 |
| Mon 07/23/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Tue 07/24/07 | 602165 Knowles, Thomas and Thomas | 1.00 |
| | **Total** | **15.75** |
| Tue 08/07/07 | 602165 Knowles, Thomas and Thomas | 0.75 |
| Wed 08/08/07 | 602165 Knowles, Thomas and Thomas | 0.75 |
| Thu 08/09/07 | 602165 Knowles, Thomas and Thomas | 1.50 |
| Fri 08/10/07 | 602165 Knowles, Thomas and Thomas | 2.50 |
| Tue 08/14/07 | 602165 Knowles, Thomas and Thomas | 1.50 |
| Thu 08/30/07 | 602165 Knowles, Thomas and Thomas | 2.25 |
| | **Total** | **9.25** |
| Tue 09/04/07 | 602165 Knowles, Thomas and Thomas | 2.00 |
| Thu 09/13/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Fri 09/14/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| | **Total** | **2.75** |
| Mon 10/01/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| | **Total** | **0.50** |
| | | |
| | **Subtotal** | **92.50** |

**Name: Penskar, Mark H.**

| | | |
|---|---|---|
| Fri 09/22/06 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Mon 09/25/06 | 602165 Knowles, Thomas and Thomas | 0.25 |
| | **Total** | **0.75** |
| Tue 10/10/06 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Wed 10/11/06 | 602165 Knowles, Thomas and Thomas | 0.50 |
| | **Total** | **1.00** |
| Sun 11/26/06 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Mon 11/27/06 | 602165 Knowles, Thomas and Thomas | 0.50 |
| | **Total** | **0.75** |
| Sat 02/03/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Mon 02/12/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Tue 02/20/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Thu 02/22/07 | 602165 Knowles, Thomas and Thomas | 0.75 |
| Fri 02/23/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| | **Total** | **1.75** |
| Wed 04/25/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| | **Total** | **0.25** |
| Fri 06/08/07 | 602165 Knowles, Thomas and Thomas | 0.75 |
| Tue 06/19/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Fri 06/29/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| | **Total** | **1.25** |
| Thu 07/05/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Fri 07/06/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Mon 07/09/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Wed 07/11/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Thu 07/12/07 | 602165 Knowles, Thomas and Thomas | 1.50 |
| Fri 07/20/07 | 602165 Knowles, Thomas and Thomas | 0.25 |

## Time Report for LM# 602165

| | | |
|---|---|---|
| Thu 07/26/07 | 602165 Knowles, Thomas and Thomas | 0 75 |
| Sun 07/29/07 | 602165 Knowles, Thomas and Thomas | 1 00 |
| | **Total** | **4.75** |
| Tue 08/28/07 | 602165 Knowles, Thomas and Thomas | 0 25 |
| Wed 08/29/07 | 602165 Knowles, Thomas and Thomas | 0 50 |
| | **Total** | **0.75** |
| Tue 12/04/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| | **Total** | **0.25** |
| Tue 01/08/08 | 602165 Knowles, Thomas and Thomas | 0 25 |
| Mon 01/14/08 | 602165 Knowles, Thomas and Thomas | 0.25 |
| | **Total** | **0.50** |
| Tue 02/05/08 | 602165 Knowles, Thomas and Thomas | 1.25 |
| Wed 02/06/08 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Tue 02/19/08 | 602165 Knowles, Thomas and Thomas | 1 50 |
| Wed 02/20/08 | 602165 Knowles, Thomas and Thomas | 0.75 |
| | **Total** | **4.00** |
| | **Subtotal** | **16.00** |

### Name: Roach, Darren P.

| | | |
|---|---|---|
| Fri 10/06/06 | 602165 Knowles, Thomas and Thomas | 1.00 |
| Mon 10/09/06 | 602165 Knowles, Thomas and Thomas | 5 50 |
| Tue 10/10/06 | 602165 Knowles, Thomas and Thomas | 6.00 |
| Wed 10/11/06 | 602165 Knowles, Thomas and Thomas | 5 75 |
| Thu 10/12/06 | 602165 Knowles, Thomas and Thomas | 2.00 |
| Fri 10/13/06 | 602165 Knowles, Thomas and Thomas | 2 00 |
| Sun 10/15/06 | 602165 Knowles, Thomas and Thomas | 5 50 |
| Mon 10/16/06 | 602165 Knowles, Thomas and Thomas | 4 50 |
| Tue 10/17/06 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Fri 10/20/06 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Tue 10/24/06 | 602165 Knowles, Thomas and Thomas | 0 75 |
| Wed 10/25/06 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Thu 10/26/06 | 602165 Knowles, Thomas and Thomas | 0 50 |
| Fri 10/27/06 | 602165 Knowles, Thomas and Thomas | 0.75 |
| | **Total** | **35.25** |
| Mon 11/20/06 | 602165 Knowles, Thomas and Thomas | 1.25 |
| Tue 11/28/06 | 602165 Knowles, Thomas and Thomas | 1 00 |
| Wed 11/29/06 | 602165 Knowles, Thomas and Thomas | 1.25 |
| Thu 11/30/06 | 602165 Knowles, Thomas and Thomas | 2.25 |
| | **Total** | **5.75** |
| Fri 12/01/06 | 602165 Knowles, Thomas and Thomas | 1 25 |
| Mon 12/04/06 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Wed 12/06/06 | 602165 Knowles, Thomas and Thomas | 0 50 |
| Fri 12/08/06 | 602165 Knowles, Thomas and Thomas | 0 25 |
| Mon 12/11/06 | 602165 Knowles, Thomas and Thomas | 2.00 |
| Fri 12/15/06 | 602165 Knowles, Thomas and Thomas | 0 25 |
| | **Total** | **4.75** |
| Tue 01/30/07 | 602165 Knowles, Thomas and Thomas | 0 25 |
| Wed 01/31/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| | | **0.75** |
| Thu 02/01/07 | 602165 Knowles, Thomas and Thomas | 0 50 |

## Time Report for LM# 602165

| | | |
|---|---|---|
| Mon 02/05/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Wed 02/07/07 | 602165 Knowles, Thomas and Thomas | 0.75 |
| Fri 02/09/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Mon 02/12/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Fri 02/16/07 | 602165 Knowles, Thomas and Thomas | 0.75 |
| Mon 02/19/07 | 602165 Knowles, Thomas and Thomas | 1.50 |
| Tue 02/20/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Wed 02/21/07 | 602165 Knowles, Thomas and Thomas | 4.00 |
| Thu 02/22/07 | 602165 Knowles, Thomas and Thomas | 6.50 |
| Fri 02/23/07 | 602165 Knowles, Thomas and Thomas | 1.00 |
| Sun 02/25/07 | 602165 Knowles, Thomas and Thomas | 1.50 |
| Mon 02/26/07 | 602165 Knowles, Thomas and Thomas | 1.50 |
| | **Total** | **20.00** |
| Thu 03/01/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Fri 03/09/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Wed 03/21/07 | 602165 Knowles, Thomas and Thomas | 2.00 |
| Thu 03/22/07 | 602165 Knowles, Thomas and Thomas | 1.75 |
| Fri 03/23/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Fri 03/30/07 | 602165 Knowles, Thomas and Thomas | 2.00 |
| | **Total** | **7.25** |
| Mon 04/02/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Tue 04/03/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Thu 04/05/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Mon 04/09/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Fri 04/13/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| | **Total** | **1.75** |
| Wed 05/02/07 | 602165 Knowles, Thomas and Thomas | 0.75 |
| Thu 05/03/07 | 602165 Knowles, Thomas and Thomas | 2.75 |
| Thu 05/31/07 | 602165 Knowles, Thomas and Thomas | 1.00 |
| | **Total** | **4.50** |
| Fri 06/01/07 | 602165 Knowles, Thomas and Thomas | 2.50 |
| Sat 06/02/07 | 602165 Knowles, Thomas and Thomas | 2.50 |
| Sun 06/03/07 | 602165 Knowles, Thomas and Thomas | 1.50 |
| Mon 06/04/07 | 602165 Knowles, Thomas and Thomas | 1.00 |
| Tue 06/05/07 | 602165 Knowles, Thomas and Thomas | 2.50 |
| Wed 06/06/07 | 602165 Knowles, Thomas and Thomas | 3.25 |
| Thu 06/07/07 | 602165 Knowles, Thomas and Thomas | 6.00 |
| Fri 06/08/07 | 602165 Knowles, Thomas and Thomas | 4.50 |
| Thu 06/14/07 | 602165 Knowles, Thomas and Thomas | 0.75 |
| Mon 06/18/07 | 602165 Knowles, Thomas and Thomas | 1.75 |
| Tue 06/19/07 | 602165 Knowles, Thomas and Thomas | 1.00 |
| Fri 06/22/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Tue 06/26/07 | 602165 Knowles, Thomas and Thomas | 1.25 |
| | **Total** | **28.75** |
| Fri 07/06/07 | 602165 Knowles, Thomas and Thomas | 1.00 |
| Sat 07/07/07 | 602165 Knowles, Thomas and Thomas | 1.50 |
| Sun 07/08/07 | 602165 Knowles, Thomas and Thomas | 5.00 |
| Mon 07/09/07 | 602165 Knowles, Thomas and Thomas | 6.25 |
| Tue 07/10/07 | 602165 Knowles, Thomas and Thomas | 5.50 |
| Wed 07/11/07 | 602165 Knowles, Thomas and Thomas | 7.00 |
| Thu 07/12/07 | 602165 Knowles, Thomas and Thomas | 8.00 |
| Fri 07/13/07 | 602165 Knowles, Thomas and Thomas | 4.75 |

5/7/2008

## Time Report for LM# 602165

| | | |
|---|---|---|
| Mon 07/23/07 | 602165 Knowles, Thomas and Thomas | 0 25 |
| Tue 07/24/07 | 602165 Knowles, Thomas and Thomas | 1 75 |
| Wed 07/25/07 | 602165 Knowles, Thomas and Thomas | 0.50 |
| Thu 07/26/07 | 602165 Knowles, Thomas and Thomas | 5 50 |
| Fri 07/27/07 | 602165 Knowles, Thomas and Thomas | 1 00 |
| | **Total** | **48.00** |
| Thu 09/13/07 | 602165 Knowles, Thomas and Thomas | 0 50 |
| Tue 09/18/07 | 602165 Knowles, Thomas and Thomas | 0 50 |
| | **Total** | **1.00** |
| Mon 10/15/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| Tue 10/23/07 | 602165 Knowles, Thomas and Thomas | 0 25 |
| Mon 10/29/07 | 602165 Knowles, Thomas and Thomas | 2.50 |
| Tue 10/30/07 | 602165 Knowles, Thomas and Thomas | 0.25 |
| | **Total** | **3.25** |
| Thu 11/08/07 | 602165 Knowles, Thomas and Thomas | 3 75 |
| Tue 11/13/07 | 602165 Knowles, Thomas and Thomas | 2.00 |
| | **Total** | **5.75** |
| Tue 12/04/07 | 602165 Knowles, Thomas and Thomas | 0 50 |
| Wed 12/05/07 | 602165 Knowles, Thomas and Thomas | 1 50 |
| Thu 12/06/07 | 602165 Knowles, Thomas and Thomas | 0 50 |
| Mon 12/10/07 | 602165 Knowles, Thomas and Thomas | 0 50 |
| Thu 12/13/07 | 602165 Knowles, Thomas and Thomas | 1.50 |
| | **Total** | **4.50** |
| Thu 01/03/08 | 602165 Knowles, Thomas and Thomas | 0 50 |
| Tue 01/08/08 | 602165 Knowles, Thomas and Thomas | 1.50 |
| Mon 01/14/08 | 602165 Knowles, Thomas and Thomas | 0 50 |
| Wed 01/16/08 | 602165 Knowles, Thomas and Thomas | 2 25 |
| Thu 01/24/08 | 602165 Knowles, Thomas and Thomas | 0 50 |
| Mon 01/28/08 | 602165 Knowles, Thomas and Thomas | 0 75 |
| Wed 01/30/08 | 602165 Knowles, Thomas and Thomas | 0 25 |
| Thu 01/31/08 | 602165 Knowles, Thomas and Thomas | 0 75 |
| | **Total** | **7.00** |
| Wed 02/06/08 | 602165 Knowles, Thomas and Thomas | 0 50 |
| Thu 02/07/08 | 602165 Knowles, Thomas and Thomas | 1.00 |
| Tue 02/12/08 | 602165 Knowles, Thomas and Thomas | 2 00 |
| | **Total** | **3.50** |
| Mon 03/17/08 | 602165 Knowles, Thomas and Thomas | 0 25 |
| Mon 03/24/08 | 602165 Knowles, Thomas and Thomas | 0 25 |
| Thu 03/27/08 | 602165 Knowles, Thomas and Thomas | 0 50 |
| | **Total** | **1.00** |
| Tue 04/01/08 | 602165 Knowles, Thomas and Thomas | 0 25 |
| Wed 04/02/08 | 602165 Knowles, Thomas and Thomas | 0 50 |
| Fri 04/04/08 | 602165 Knowles, Thomas and Thomas | 0.50 |
| | **Total** | **1.25** |
| | **Subtotal** | **184.00** |
| | **Grand Total** | **292.50** |