IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES, et al., | No. C 07-02284 CW |
|     Plaintiffs, | <u>CLERK'S NOTICE TAKING MOTION UNDER SUBMISSION</u> |
|   v. | |
| PACIFIC GAS & ELECTRIC COMPANY, et al., | |
|     Defendants. / | |

    Notice is hereby given that the Court, on its own motion, shall take Defendant Pacific Gas & Electric Company's Motion for Costs and Attorney Fees under submission on the papers. The hearing previously scheduled for June 26, 2008, is vacated. Opposition to the motion will be due June 5, 2008, and any reply will be due June 12, 2008.

Dated: 5/20/08

                                                       *Sheilah Cahill*

                                                       SHEILAH CAHILL
                                                       Deputy Clerk