Daniel B. Beck, Esq. (SBN: 63865)
Mahsa Gholami, Esq. (SBN: 235634)
BECK LAW, P.C.
2681 Cleveland Avenue
Santa Rosa, CA 95403
Telephone:  (707) 576-7175
Facsimile:  (707) 576-1878

Attorneys for Plaintiffs,
Thomas Knowles and Thomas Hicks

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES and THOMAS HICKS,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC COMPANY, DEANNA RADFORD, and DOES 1-20.<br><br>Defendants. | Case No.:  C-07-2284-CW<br><br>[PROPOSED] ORDER RE: DEFENDANT PG & E'S MOTION FOR COSTS AND ATTORNEY FEES AND REQUEST FOR JUDICIAL NOTICE<br><br>Date: June 26, 2008<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Honorable Claudia Wilken |

DEFENDANT PACIFIC GAS & ELECTRIC COMPANY'S Notice of Motion and Motion to for Costs and Attorney Fees came on regularly before this Court. After reviewing the moving papers, the Court DENIES Defendant's Motion for Costs and Attorney Fees.

Furthermore, the Court DENIES Defendant's Request for Judicial Notice of the Severance Agreements.

Dated: _____

                                                        _____
                                                        Honorable Claudia Wilken
                                                        Judge of the Northern District Court