# Lafayette & Kumagai

Lafayette & Kumagai LLP
Attorneys

100 Spear Street, Suite 600
San Francisco, CA 94105

415 357 4600 TEL
415 357 4605 FAX

www.lkclaw.com

June 27, 2008

Clara Pierce, Docket Clerk to
The Honorable Claudia Wilken
U.S. District Court for the
   Northern District of California
1301 Clay Street
Courtroom 2, 4th Floor
Oakland, California 94612

      Re:   *Thomas Knowles and Thomas Hick v. Pacific Gas and Electric Company, et al.* (Case No. C 07-2284 CW)

Dear Ms. Pierce:

Examination of the docket of the above-captioned case via the Court's ECF system reveals the following language: **"WARNING: CASE CLOSED on 05/05/2008."** However, defendant's counter-claim (Docket Number 15) was not part of the motion to dismiss the Court granted on May 5, 2008 and is pending. Therefore, defendant respectfully requests correction to the Court's docket.

Thank you for your attention to this matter.

Very truly yours,

LAFAYETTE & KUMAGAI LLP

GLEN TURNER

GT
cc: Mahsa Gholami (via facsimile and U.S. mail)