

# beck|law PC

www.becklaw.net

2681 Cleveland Avenue
Santa Rosa, CA 95403

tel **707.576.7175**
fax **707.576.1878**

July 1, 2008

Clara Pierce, Docket Clerk to
The Honorable Claudia Wilken
U.S. District Court for the
Northern District of California
1301 Clay Street
Courtroom 2, 4th Floor
Oakland, CA 94612

RE:   *Thomas Knowles, et al v. Pacific Gas and Electric Co.*; Case No. C 07-2284 CW

Dear Ms. Pierce:

In response to Mr. Turner's letter dated June 27, 2008, the counterclaim was based on the Second Amended Complaint. In even a cursory review of the pleadings, it is clear that defendant adamantly denies any connection between the Severance Agreement and plaintiffs' action. The entire counterclaim is based on the Severance Agreement, what defendant has stated this case is independent of.

Furthermore, there is a pending arbitration proceeding scheduled for August 2, 2008 through the American Arbitration Association. Defendant's counterclaim is part of that action. Defendant is attempting to argue the same claim in two forums, simultaneously. The claim defendant is making and the relief defendant is seeking is identical. Therefore, we would ask that the case remain closed as indicated on the Court's ECF system.

Very Truly Yours,

BECK LAW, P.C.

By: _____
Mahsa Gholami, Esq.

cc:   Glen Turner, Esq.
      Clients

---

425 Market Street, Suite 2200, San Francisco, CA 94104   415.243.9197
U.S. Bank Plaza, 980 9th Street, 16th Floor, Sacramento, CA 95814   916.448.9441