# Lafayette & Kumagai

Lafayette & Kumagai LLP
Attorneys

100 Spear Street, Suite 600
San Francisco, CA 94105

415 357 4600 TEL
415 357 4605 FAX

www.lkclaw.com

July 1, 2008

The Honorable Claudia Wilken
U.S. District Court for the
 Northern District of California
1301 Clay Street
Courtroom 2, 4th Floor
Oakland, California 94612

    Re: *Thomas Knowles and Thomas Hick v. Pacific Gas and Electric Company, et al.* (Case No. C 07-2284 CW)

Dear Judge Wilken:

Defendant PG&E objects to plaintiffs' attempt to have defendant's counter-claim dismissed on the merits by way of a letter to the Court's clerk, rather than by a proper noticed motion.

In defendant's June 27, 2008 letter to the Court, defendant stated that the above-titled case is listed as CLOSED on the Court's ECF system, and that defendant's counter-claim has not been dismissed by the Court. Defendant requested correction to the docket.

In response, plaintiffs made improper substantive arguments seeking to dismiss the counter-claim. Defendant respectfully requests the Court strike plaintiffs' letter dated July 1, 2008, improperly requesting dismissal of defendant's counter-claim.

Thank you for your attention to this matter.

Very truly yours,

LAFAYETTE & KUMAGAI LLP

GLEN TURNER

GT

cc: Mahsa Gholami (via facsimile and U.S. mail)

N:\Documents\PGE\Know\Corr\Wilkin 7-1-08.doc