IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS KNOWLES and THOMAS HICKS,

    Plaintiffs,

  v.

PACIFIC GAS & ELECTRIC COMPANY, et al.,

    Defendants.

                                 /

No. 07-02284 CW

ORDER VACATING JUDGMENT

    Pursuant to the Amended Order Granting Defendants' Motions to Dismiss Without Leave to Amend and Setting Case Management Conference for Counterclaims,

    IT IS HEREBY ORDERED that the judgment entered May 5, 2008, is vacated. The clerk shall reopen the case.

Dated: 7/8/08

CLAUDIA WILKEN
United States District Judge