Daniel B. Beck, Esq. (SBN: 63865)
Mahsa Gholami, Esq. (SBN: 235634)
BECK LAW, P.C.
2681 Cleveland Avenue
Santa Rosa, CA 95403
Telephone:   (707) 576-7175
Facsimile:   (707) 576-1878

Attorneys for Plaintiffs,
Thomas Knowles and Thomas Hicks

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES and THOMAS HICKS,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC COMPANY, DEANNA RADFORD, and DOES 1-20.<br><br>Defendants.<br><br>PACIFIC GAS & ELECTRIC COMPANY,<br><br>Counterclaimant,<br><br>vs.<br><br>THOMAS KNOWLES and THOMAS HICKS,<br><br>Counterdefendants | Case No.:  C-07-2284-CW<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: April 27, 2007<br><br>**Courtroom: 2** |

Due to a conflict in Plaintiffs' counsel's schedule and the parties starting arbitration on August 6-9, 2008, Plaintiffs and Counterdefendants THOMAS KNOWLES and THOMAS HICKS, through their attorney of record, Mahsa Gholami, Esq., and Defendant and Counterclaimant PACIFIC GAS & ELECTRIC COMPANY, through their attorney of record, Glen Turner, Esq., hereby stipulate that the Case Management Conference, currently set for August 5, 2008 at 2:00 p.m., be continued.

*Knowles & Hicks v. PG & E, et al.*                                          1
United States District Court Case No.: C-07-2284
Stipulation and Order to Continue CMC

1   The new date for both the Case Management Conference will be August 26, 2008 at 2:00
2   p.m.

3   Dated: July 25, 2008                    BECK LAW, P.C.

6                                           By: _____
                                                Mahsa Gholami, Esq.
7                                               Attorney for Knowles and Hicks

9                                           LAFAYETTE & KUMAGAI

10  Dated: July 25, 2008

11                                          By: _____
                                                Glen Turner, Esq.
12                                              Attorney for PG & E

*Knowles & Hicks v. PG & E, et al.*                    2
United States District Court Case No.: C-07-2284
Stipulation and Order to Continue CMC

1
2
3  **ORDER**
4
5  GOOD CAUSE APPEARING, IT IS SO ORDERED.
6
Dated:
7
8
9                                          _____
                                           JUDGE OF THE DISTRICT COURT
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Knowles & Hicks v. PG & E, et al.*    3
United States District Court Case No.: C-07-2284
Stipulation and Order to Continue CMC