1  Daniel B. Beck, Esq. (SBN: 63865)
   Mahsa Gholami, Esq. (SBN: 235634)
2  BECK LAW, P.C.
   2681 Cleveland Avenue
3  Santa Rosa, CA 95403
   Telephone:  (707) 576-7175
4  Facsimile:  (707) 576-1878

5  Attorneys for Plaintiffs,
   Thomas Knowles and Thomas Hicks
6

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11

12 | THOMAS KNOWLES and THOMAS HICKS,        Case No.:  C-07-2284-CW

13 |         Plaintiffs,                     **STIPULATION AND ORDER TO
                                             CONTINUE CASE MANAGEMENT
14 | v.                                      CONFERENCE**

15 | PACIFIC GAS & ELECTRIC COMPANY,
     DEANNA RADFORD, and DOES 1-20.
16 |                                         Complaint Filed: April 27, 2007
             Defendants.
17

18 | PACIFIC GAS & ELECTRIC COMPANY,

19 |         Counterclaimant,

20 | vs.                                     **Courtroom: 2**

21 | THOMAS KNOWLES and THOMAS HICKS,

22 |         Counterdefendants

23

24         Due to a conflict in Plaintiffs' counsel's schedule and the parties starting arbitration on

25 August 6-9, 2008, Plaintiffs and Counterdefendants THOMAS KNOWLES and THOMAS

26 HICKS, through their attorney of record, Mahsa Gholami, Esq., and Defendant and

27 Counterclaimant PACIFIC GAS & ELECTRIC COMPANY, through their attorney of record,

28 Glen Turner, Esq., hereby stipulate that the Case Management Conference, currently set for

   August 5, 2008 at 2:00 p.m., be continued.

*Knowles & Hicks v. PG & E, et al.*                 I
United States District Court Case No.: C-07-2284
Stipulation and Order to Continue CMC

1   The new date for both the Case Management Conference will be August 26, 2008 at 2:00
2   p.m.

3   Dated: July 25, 2008                    BECK LAW, P.C.

6                                           By: _____
                                            Mahsa Gholami, Esq.
7                                           Attorney for Knowles and Hicks

9                                           LAFAYETTE & KUMAGAI

10  Dated: July 25, 2008

11                                          By: _____
                                            Glen Turner, Esq.
12                                          Attorney for PG & E

*Knowles & Hicks v. PG & E, et al.*                      2
United States District Court Case No.: C-07-2284
Stipulation and Order to Continue CMC

## ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated:   7/31/08

*(signature)*

_____
JUDGE OF THE DISTRICT COURT

Knowles & Hicks v. PG & E, et al.                    3
United States District Court Case No.: C-07-2284
Stipulation and Order to Continue CMC