LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
GLEN E. TURNER (State Bar No. 212417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605
skumagai@lkclaw.com
gturner@lkclaw.com

STEPHEN L. SCHIRLE (State Bar No. 96085)
MARK H. PENSKAR (State Bar No. 77725)
DARREN P. ROACH (State Bar No. 159998)
77 Beale Street, B30A
P.O. Box 7442
San Francisco, California 94105
Telephone: (415) 973-6345
Facsimile:  (415) 973-5520
dprc@pge.com

Attorneys for Defendants
PACIFIC GAS AND ELECTRIC COMPANY and DEANNA RADFORD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES and THOMAS HICKS,<br><br>            Plaintiffs,<br><br>vs.<br><br>PACIFIC GAS AND ELECTRIC COMPANY, DEANNA RADFORD, and DOES 1-20,<br><br>            Defendant. | Case No. C 07-2284 CW<br><br>**DEFENDANT PACIFIC GAS AND ELECTRIC COMPANY'S REQUEST TO STRIKE PLAINTIFF'S SUR-OPPOSITION TO DEFENDANT'S MOTION FOR COSTS AND ATTORNEY FEES**<br><br>Date:     N/A<br>Time:<br>Location:<br>Judge:    Hon. Claudia Wilken<br><br>Amended Complaint Filed:  Dec. 5, 2007 |

## I. INTRODUCTION

On July 31, 2008, plaintiffs in the above-titled action filed a memorandum and declaration purporting to comprise a "Sur-Opposition" to defendant Pacific Gas and Electric's

NDANTS' REQUEST TO STRIKE PLAINTIFF'S SUR-OPPOSITION TO DEFENDANT'S
MOTION FOR COSTS AND ATTORNEY FEES
Case No. C 07-2284 CW

1


("PG&E") Motion for Costs and Attorney Fees, now pending before this Court. A Sur-Opposition is not a proper paper to file in opposition to such a motion, and should be stricken by the Court.

## II. ARGUMENT

On May 19, 2008, defendant PG&E filed its Motion for Costs and Attorney Fees in this Court. On June 5, 2008, plaintiff properly filed a memorandum in Opposition to PG&E's motion, in response to which PG&E filed its Reply on June 12, 2008.

A strict limitation is placed upon any further filing in connection with the Motion by Local Rule 7.3(d):

> **(d) Supplementary Material.** Before the noticed hearing date, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by serving and filing a Statement of Recent Decision, containing a citation to and providing a copy of the new opinion - without argument. Otherwise, once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval.

For several reasons, plaintiffs' Sur-Opposition violates L.R. 7.3(d): (1) The arbitrator's award is not a "judicial opinion;" (2) plaintiffs improperly provided argument; (3) presuming arguendo the award is a "judicial opinion," plaintiffs did not provide a copy of the award to the Court; and (4) plaintiffs did not seek or receive prior Court approval for the filing of this paper.

The wording of L.R. 7.3(d) is mandatory: "no additional . . . papers . . . may be filed." Therefore the Court should promptly strike the plaintiffs' Sur-Opposition.

Finally, PG&E does acknowledge that the American Arbitration Association arbitrator in the arbitration Case No. AAA 74 166 00039 07, Mr. Norman Brand, issued a final award in that arbitration on July 29, 2008. It is possible that portions of Mr. Brand's ruling could be considered relevant to issues currently before the Court. However, regardless of whether any portion of Mr. Brand's ruling is or is not relevant, PG&E wishes to avoid engaging such issues through an improper reply to an improperly filed paper.

NDANTS' REQUEST TO STRIKE PLAINTIFF'S SUR-OPPOSITION TO DEFENDANT'S MOTION FOR COSTS AND ATTORNEY FEES
Case No. C 07-2284 CW

2

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

### III. CONCLUSION

For the foregoing and other good reasons, PG&E prays that this court STRIKE Plaintiff's Sur-Opposition to Defendant's Motion for Costs and Attorney Fees from the record and consider PG&E's motion on the papers properly submitted. Alternatively, PG&E requests that the Court set a briefing schedule for consideration of issues related to the award in the recent related arbitration, of which this Court has jurisdiction through case 3:08-CV-01211-CW, related to this case through the Court's order of March 7, 2008.

DATED: July 31, 2008                    LAFAYETTE & KUMAGAI LLP

                                        */s/ Glen Turner*
                                        GLEN TURNER
                                        Attorneys for Defendants
                                        PACIFIC GAS & ELECTRIC COMPANY
                                        and DEANNA RADFORD

### CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on July 31, 2008, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                                        /s/ *Glen Turner*
                                        GLEN TURNER

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 400
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

NDANTS' REQUEST TO STRIKE PLAINTIFF'S SUR-OPPOSITION TO DEFENDANT'S MOTION FOR COSTS AND ATTORNEY FEES
Case No. C 07-2284 CW

3