United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS KNOWLES, et al.,

        Plaintiffs,

   v.

PACIFIC GAS & ELECTRIC COMPANY, et al.,

        Defendants.
                                       /

No. C 07-02284 CW

ORDER DENYING WITHOUT PREJUDICE DEFENDANTS' MOTION FOR ATTORNEYS' FEES

    On May 5, 2008, the Court entered an order granting Defendants' Motion to Dismiss and judgment was entered in favor of Defendants. On May 19, 2008, Defendants filed a motion for attorneys' fees and costs. (Docket # 71). On July 8, 2008, at Defendants' request, the Court issued an order vacating judgment, acknowledging that Defendants' counter-claims were still pending and, therefore, judgment had been entered prematurely.

    Because Defendants' counter-claims and their motion to dismiss address the same issue, it would premature at this time to rule on Defendants' motion for attorneys' fees and costs. Therefore, Defendants' motion is denied without prejudice to refiling when judgment is entered on all pending claims.

    IT IS SO ORDERED.

Dated: 8/1/08

                                          CLAUDIA WILKEN
                                          United States District Judge