LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
GLEN TURNER (State Bar No. 212417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:    (415) 357-4600
Facsimile:    (415) 357-4605
Attorneys for Defendant
PACIFIC GAS & ELECTRIC COMPANY

BECK LAW, P.C.
DANIEL B. BECK (State Bar No. 63865)
MAHSA GHOLAMI (State Bar No. 235634)
2681 Cleveland Avenue
Santa Rosa, California 95403
Telephone:    (707) 576-7175
Facsimile:    (707) 576-1878
Attorneys for Plaintiffs
THOMAS KNOWLES and THOMAS HICKS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES and THOMAS HICKS,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>PACIFIC GAS & ELECTRIC COMPANY, DEANNA RADFORD, and DOES 1-20,<br><br>　　　　Defendants. | Case No .C 07-2284 CW<br><br>**CONTINUED JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:     August 26, 2008<br>Time:     2:00 p.m.<br>Location: Courtroom 2<br>Judge:    Hon. Claudia Wilken |

   Counter-defendants Thomas Knowles and Thomas Hicks and counter-claimant Pacific Gas and Electric Company ("PG&E" or "counter-claimant") hereby submit the following Continued Joint Case Management Conference Statement.

**(2)    Factual Issues in Dispute**

Pending before the Court is PG&E's counterclaim seeking return of severance payments paid to counter-defendants pursuant to severance agreements between the parties.[1] Also pending is counterclaimant's motion for attorney's fees and costs incurred in the related arbitration as the prevailing party in those proceedings.

Plaintiffs deny that PG&E is entitled to any return of severance payments or attorney's fees and costs. Plaintiffs claim that the arbitrator already issued an award to PG&E for Plaintiffs to return the severance sums. Further, the arbitrator denied PG&E's motion for attorney's fees and costs expended in the federal action.

**(3)    Legal Issues in Dispute**

1.    The following principal legal issues are in dispute:

a.    whether PG&E is entitled to return of the monies paid to each counter-defendant pursuant to severance agreements between the parties;

b.    whether PG&E is entitled to its attorney's fees and costs expended in the arbitration in this matter;

c.    whether the arbitration ruling dismissing counterdefendants/claimants' claims in arbitration and ordering repayment of the sums paid to claimants under the severance agreements have preclusive effect on this Court's decisions relating to the pending counter-claim.

**(4)    Motions**

PG&E will file a motion for summary judgment on its counterclaim. PG&E also contemplates a post-judgment motion for its attorney's fees in the arbitration.

Plaintiffs will file a motion for summary judgment under the principles of claim preclusion, duplicative litigation and award, and primary right theory.

**(8)    Discovery**

Counter-claimant will conduct discovery on its counterclaim, including depositions of counter-defendants.

---

[1] The Court granted defendant/counter-claimant's motion to dismiss the plaintiffs/counter-defendants' underlying action on May 5, 2008.

2

CONTINUED JOINT CASE MANAGEMENT STATEMENT
Case No. 07-2284 CW

**(10)   Related Cases**

An arbitration under the auspices of the American Arbitration Association, Norman Brand, Arbitrator, AAA Case No. 74 166 039 07 TMS, is related to this case. Counter-claimant/respondent's motion for summary judgment in the arbitration was granted on July 27, 2008. Counter-claimant's counter-claim in arbitration is pending in those proceedings

**(11)   Relief**

In its counter-claim, PG&E seeks the return of $58,183.24 from counter-defendant Knowles and $67,520.59 from counter-defendant Hicks. PG&E also seeks an amount for attorney's fees and costs related to the arbitration.

(**12**)   **Settlement**

The parties are discussing the possibility of an informal mediation of the amounts awarded by the arbitrator and PG&E's attorney's fees and costs.

Dated: August 19, 2008         LAFAYETTE & KUMAGAI LLP

                               */s/ Glen Turner*
                               GLEN TURNER
                               Attorneys for Defendant and Counterclaimant
                               PACIFIC GAS & ELECTRIC

Dated: August 19, 2008         BECK LAW, P.C.

                               */s/ Mahsa Gholami*
                               Attorneys for Plaintiffs
                               THOMAS KNOWLES AND THOMAS HICKS

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on September 20, 2007, on counsel of record in compliance with Federal Rule 5, Local Rule 5.6 and General Order 45, by use of the Court's ECF system.

                               */s/ Glen Turner*
                               GLEN TURNER

N:\Documents\PGE\Know\Pldg\Further Joint CMC ste.doc