UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KNOWLES ET AL,

      Plaintiff,

v.

PACIFIC GAS & ELECTRIC COMPANY ET AL,

      Defendant.

NO. 07-02284 CW

**MINUTE ORDER**
Date: 8/26/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**    **Court Reporter:** Raynee Mercado

**Appearances for Plaintiff:**
James Sansome

**Appearances for Defendant:**
Glen Turner by phone

**Further Case Management Conference Held?: Yes**

Notes:  Counsel to either settle matter or go back to arbitrator for arbitration attorney fees and file motion to confirm award and for federal court attorney fees.  **Case continued to 10/21/08 at 2:00 p.m. for further case management conference.**  If motion filed, CMC will be vacated and deferred to hearing on motion.

Copies to:  Chambers