IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THOMAS KNOWLES, et al.,

    Plaintiffs,

  v.

PACIFIC GAS & ELECTRIC COMPANY, et al.,

    Defendants.
_____/

No. 07-02284 CW

ORDER TO SHOW CAUSE

On July 8, 2008, the Court issued an Amended Order Granting Defendants' Motions to Dismiss Without Leave to Amend and Setting Case Management Conference for Counterclaims. On October 21, 2008, a further case management conference was held in which the Court referred the case to a Magistrate Judge for a settlement conference to be held by December 23, 2008; thereafter, the case was referred to Magistrate Judge Elizabeth Laporte. Defendant/Counterclaimant PGE was to file a motion to confirm arbitration award for severance payments by January 22, 2009 and notice the motion for hearing on March 5, 2009. To date, parties have not set the case for a settlement conference nor filed a motion to confirm arbitration award for severance payments. Accordingly,

IT IS HEREBY ORDERED, by March 20, 2009, that counsel shall

show cause by declaration filed with the Court why the counterclaims should not be dismissed for failure to prosecute; and

IT IS FURTHER ORDERED that the declaration above-mentioned shall set forth in factual summary the nature of the case, its present status, and the expected future course of the case if it is not dismissed.

Failure to comply with this order will be deemed a sufficient ground for sanctions, including dismissal of counterclaims for failure to prosecute.

Dated 3/13/09

CLAUDIA WILKEN
United States District Judge

cc: EDL

2