IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES, et al., | No. 07-02284 CW |
| Plaintiffs, | ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE |
| v. | |
| PACIFIC GAS & ELECTRIC COMPANY, et al., | |
| Defendants. | |

On March 13, 2009, the Court issued an Order to Show Cause for parties to show cause by declaration filed with the Court why the counterclaims should not be dismissed for failure to prosecute. Having considered the declarations filed by the parties,

IT IS HEREBY ORDERED that the Order to Show Cause is discharged. Defendant PG&E shall file by April 16, 2009, its motion to confirm the arbitration award. A hearing on said motion will be held on May 21, 2009, at 2:00 p.m. Opposition to the motion will be due April 30, 2009, and any reply will be due May 7, 2009.

Dated 4/2/09

CLAUDIA WILKEN
United States District Judge