Daniel B. Beck, Esq. (SBN: 63865)
BECK LAW, P.C.
2681 Cleveland Avenue
Santa Rosa, CA 95403
Telephone: (707) 576-7175
Facsimile: (707) 576-1878

Attorneys for Plaintiffs,
Thomas Knowles and Thomas Hicks

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS KNOWLES and THOMAS HICKS,<br><br>Plaintiffs,<br><br>v.<br><br>PACIFIC GAS & ELECTRIC COMPANY, DEANNA RADFORD, and DOES 1-20.<br><br>Defendants. | Case No.: C-07-2284-CW<br><br>**AMENDED STIPULATION TO CONTINUE DEFENDANTS' MOTION FOR COSTS AND ATTORNEY FEES**<br><br>**Currently Set for:**<br>Date: July 9, 2009<br>Time: 2:00 p.m.<br>Judge: Honorable Claudia Wilken |

Due to a conflict in Plaintiffs' counsel's schedule, Plaintiffs THOMAS KNOWLES and THOMAS HICKS, through their attorney of record, Daniel B. Beck, Esq., and Defendant PACIFIC GAS & ELECTRIC COMPANY, through their attorney of record, Glen Turner, Esq., hereby stipulate that the Defendants' Motion for Costs and Attorney Fees, currently set for July 9, 2009 at 2:00 p.m., **be continued to August 27, 2009 at 2:00 p.m.** Defendants request the following be a part of this stipulation:

1. That the briefing in this matter continue on the current schedule; and
2. That the plaintiffs herein make it clear that defendants have agreed to this stipulation out of professional courtesy.

1

*Knowles & Hicks v. PG & E, et al.*
United States District Court Case No.: C-07-2284 CW
Stipulation to Continue Defendant PG & E's Motion For Costs and Attorney Fees

17-Jun-2009  10:16am    From-LAFAYETTE & KUMAGAI            415 357 4605         T-394   P.003/004   F-342
06/17/2009   08:58     7075761878                  BECK LAW                          PAGE  03/04

1 | Dated: June 16, 2009          BECK LAW, P.C.
2 |
3 |
4 |                          By: _____
                                  Daniel B. Beck, Esq.
5 |                               Attorney for Knowles and Hicks
6 |
7 |                          LAFAYETTE & KUMAGAI
8 | Dated: June 16, 2009
9 |                          By: _____
                                  Glen Turner, Esq.
10|                               Attorney for PG & E
11|
12|
13|
...
28|

                                        2

Knowles & Hicks v. PG & E, et al.
United States District Court Case No.: C-07-2284 CW
Stipulation to Continue Defendant PG & E's Motion For Costs and Attorney Fees

## ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED.

Dated: 6/19/09

_____
JUDGE OF THE DISTRICT COURT

---

*Knowles & Hicks v. PG & E, et al.*
United States District Court Case No.: C-07-2284-CW
Stipulation and Order to Continue Defendant PG&E's Motion for Costs and Attorney Fees

1